AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DANIEL GOODWYN

*Defendant*

)
) Case: 1:21-mj-00063
) Assigned to: Judge Zia M. Faruqui
) Assign Date: 1/15/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL GOODWYN                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D) & (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/15/2021

Zia M. Faruqui
2021.01.15 11:12:32 -05'00'
*Issuing officer's signature*

City and state:  Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/15/2021, and the person was arrested on *(date)* 01/29/2021
at *(city and state)* Corinth, Texas.

Date: 02/02/2021

*Arresting officer's signature*

Kevin D. Ward, Special Agent
*Printed name and title*

| | |
|---|---|
| DATE: | 2/3/2021 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | NA |
| BEGIN/END: | 10:43 – 10:49 |
| TOTAL TIME: | 6 minutes |

CASE NUMBER 4:21-MJ-00092-KPJ

USA v. Daniel Goodwyn

Will Tatum
AUSA

_____
Defense Attorney

**FILED**
FEB 03 2021
Clerk, U.S. District Court
Eastern District of Texas

☒ INITIAL APPEARANCE COMPLAINT
☐ ARRAIGNMENT
☐ DETENTION HEARING    ☐ PRELIMINARY HEARING    ☐ STATUS CONFERENCE

☐ Hearing Held   ☒ Hearing Called   ☒ Defendant Sworn   ☐ Interpreter Required

☒ Date of arrest: 1/29/2021 – 1:21-mj-063 – District of Columbia   (Other district court & case #)

☒ Defendant ☒ advised of charges ☒ advised of maximum penalties ☐ waived reading of indictment

☐ Defendant first appearance with counsel Attorney: _____ ☐ Retained
☒ Defendant advises the Court that they ☒ have counsel who is __Dan Hull__ or, ☐ will hire counsel.
☐ Financial affidavit executed by dft.
☐ Defendant requests appointed counsel, is sworn and examined re: financial status.
☐ The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed
☐ _____ FPD appointed

☒ USA ORAL motion for detention
☐ USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☒ Defendant ORAL motion to continue detention hearing
☒ Oral Order granting continuance ☐ Oral Order denying continuance
☒ Detention hearing set __To be determined__
☐ Arraignment set __To be determined__

☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☒ Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐ Order setting conditions of release ☐ PR Bond executed
☐ Defendant failed to appear  ☐ oral order for arrest warrant  ☐ bond forfeited
☐ See reverse/attached for additional proceedings

| DATE: | 2/8/2021 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | NA |
| BEGIN/END: | 10:01 - 10:03 |
| TOTAL TIME: | 2 minutes |

CASE NUMBER 4:21-MJ-00092-KPJ

USA v. Daniel Goodwyn

_Matt Johnson_
AUSA

_Denise Benson_
Defense Attorney

☒ ~~INITIAL APPEARANCE COMPLAINT~~ Atty Appointment
☐ ARRAIGNMENT
☐ DETENTION HEARING    ☐ PRELIMINARY HEARING    ☐ STATUS CONFERENCE

☐ Hearing Held    ☒ Hearing Called    ☒ Defendant Sworn    ☐ Interpreter Required

☒ Date of arrest: 1/29/2021 – 1:21-mj-063 – District of Columbia    (Other district court & case #)

☐ Defendant ☐ advised of charges ☐ advised of maximum penalties ☐ waived reading of indictment

☐ Defendant first appearance with counsel Attorney: _____ ☐ Retained
☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☒ Financial affidavit executed by dft.
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed
☒ _Michelle Allen-McCoy_____ FPD appointed

☐ USA ORAL motion for detention
☐ USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Defendant ORAL motion to continue detention hearing
☐ Oral Order granting continuance    ☐ Oral Order denying continuance
☒ Detention hearing set PC    Friday 2/12  1:30
☐ Arraignment set _____

☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☒ Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐ Order setting conditions of release ☐ PR Bond executed
☐ Defendant failed to appear    ☐ oral order for arrest warrant    ☐ bond forfeited
☐ See reverse/attached for additional proceedings

| | |
|---:|---|
| DATE: | 2/12/2021 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 2:17 – 3:23 |
| TOTAL TIME: | 1 hour 6 minutes |

CASE NUMBER 4:21-MJ-00092-KPJ

USA v. Daniel Goodwyn

___William Tatum_____
AUSA

___Michelle Allen-McCoy, FPD_____
Defense Attorney

☐ DETENTION HEARING on Indictment    ☐ STATUS CONFERENCE
☒ DETENTION HEARING on O/D Complaint  ☒ PRELIMINARY HEARING on O/D Complaint

☒ CASE CALLED    ☒ DEFENDANT SWORN    ☐ INTERPRETER REQUIRED
☒ Government announced ready    ☒ Defendant announced ready
☒ Defendant appeared with counsel ____Michelle Allen-McCoy, FPD_____
☐ Defendant requests appointed counsel.
☐ Financial affidavit executed by Defendant.
☐ The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed
☐ _____ FPD appointed

☐ ORAL motion by USA to withdraw Motion for Detention ☐ ORAL ORDER granting ☐ ORAL ORDER denying
☐ ORAL motion by USA to continue Motion for Detention ☐ ORAL ORDER granting ☐ ORAL ORDER denying

☐ Detention hearing reset to: _____
☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Conditions of Release entered, and Defendant released from custody.

☒ Government witnesses:  Kevin Ward, FBI Special Agent

☒ Defendant witnesses:  Bruce Goodwyn, father of defendant

**PROCEEDINGS:**

2:17 p.m. – Case called appearances made
2:18 p.m. – DIRECT EXAMINATION – Kevin Ward – history of the investigation – details of the incident charged in the Complaint.
2;26 p.m. – Government Exhibits 1 - 4 screen shots from social media accounts - admitted
2:26 p.m. – defendant's residential history
2:35 p.m. – CROSS EXAMINATION – information regarding misdemeanor offenses charged in the Complaint. Details of arrest
2:38 p.m. – REDIRECT – details of disruption to business at the Capitol during the riots.  Defendant's prior arrest record
2:41 p.m. – RECROSS – Defendant's prior arrests

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v.  § | CASE NUMBER 4:21-MJ-00092-KPJ |
| § | |
| § | |
| DANIEL GOODWYN § | |
| § | |
| § | |

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**So ORDERED and SIGNED this 8th day of February, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § § § | **CASE NUMBER 4:21-MJ-00092-KPJ** |
| **DANIEL GOODWYN** | § § | |

## ORDER SCHEDULING A DETENTION & PRELIMINARY HEARING

A hearing in this case is scheduled as follows:

| **Before:**<br><br>U.S. Magistrate Judge Kimberly C. Priest Johnson<br>United States Federal Courthouse<br>7940 Preston Road<br>Plano, TX 75024 | **Courtroom Number:** 108 |
|---|---|
| | **Date:** Friday, February 12, 2021<br><br>**Time:** 1:30pm |

**IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 8, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2:43 p.m. – DIRECT EXAMINATION – Bruce Goodwyn – father of defendant – witnesses work history, family situation.  Defendant's work history.  Willingness to be Third Party Custodian

2:51 p.m. – CROSS EXAMINATION – witness's knowledge of son's involvement in D.C. Riots

2:53 p.m. – Questions from the Court – defendant's ability to follow rules -

2:55 p.m. – Government closing argument

2:58 p.m. – Defense closing argument

3:05 p.m. – Court questions defendant regarding following conditions being set.

3:11 p.m. – Court found probable cause and denied Government Motion to Detain.  Conditions read into the record.

3:22 p.m. – Defendant advised of consequences of failing to abide by conditions

3:23 p.m. – Adjourned

Court ordered Defendant ☐ DETAINED  ☒ RELASED

- ☒ Conditions of Release entered
- ☐ Defendant remanded to USM.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § § § CASE NUMBER 4:21-MJ-092 KPJ |
| **v.** | § |
| **DANIEL GOODWYN** | § § |

## ORDER

Pursuant to Federal Rules of Criminal Procedure 5.1, the Court conducted a preliminary hearing on February 12, 2021. Based on testimony, the Court finds that probable cause has been established in the above captioned criminal action and Defendant, Daniel Goodwyn, should be held over to answer to the grand jury.

**So ORDERED and SIGNED this 12th day of February, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

CLOSED

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−00092−KPJ All Defendants

| | |
|---|---|
| Case title: USA v. Goodwyn | Date Filed: 01/29/2021 |
| Other court case number: 1:21−mj63 District of Columbia | Date Terminated: 02/12/2021 |

Assigned to: Magistrate Judge Kimberly C Priest Johnson

**Defendant (1)**

| | | |
|---|---|---|
| **Daniel Goodwyn**<br>*TERMINATED: 02/12/2021* | represented by | **Michelle Allen−McCoy**<br>Federal Defender's Office − Frisco<br>7460 Warran Parkway Suite 270<br>Frisco, TX 75034<br>469−362−8506<br>Fax: 469−362−6010<br>Email: Michelle_Allen−McCoy@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **William Richardson Tatum**<br>US Attorney's Office – Sherman<br>600 East Taylor, Suite 2000<br>Sherman, TX 75090<br>903–868–9454<br>Fax: 903–892–2792<br>Email: William.Tatum@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/29/2021 | 1 | | Rule 5(c)(3) Documents Received – District of Columbia (1:21–mj–63) as to Daniel Goodwyn: Complaint (Attachments: # 1 Affidavit – Statement of Facts, # 2 Arrest Warrant) (mem) (Entered: 01/29/2021) |
| 01/29/2021 | | | Arrest (Rule 5c) of Daniel Goodwyn (rpc, ) (Entered: 02/08/2021) |
| 02/03/2021 | 2 | 4 | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson:Initial Appearance on Complaint as to Daniel Goodwyn held on 2/3/2021. Defendant remanded to USM. (Court Reporter Digital Recording.) (rpc, ) (Entered: 02/04/2021) |
| 02/03/2021 | | | ORAL MOTION for Detention by USA as to Daniel Goodwyn. (rpc, ) (Entered: 02/04/2021) |
| 02/03/2021 | | | ORAL MOTION to Continue Detention Hearing by Daniel Goodwyn. (rpc, ) (Entered: 02/04/2021) |
| 02/03/2021 | | | ORAL ORDER granting Oral Motion to Continue Detention Hearing as to Daniel Goodwyn (1). Signed by Magistrate Judge Kimberly C Priest Johnson on 2/3/2021. (rpc, ) (Entered: 02/04/2021) |
| 02/08/2021 | 3 | 5 | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson:Attorney Appointment Hearing as to Daniel Goodwyn held on 2/8/2021, Added FPD attorney Michelle Allen–McCoy for Daniel Goodwyn. (Court Reporter Digital Recording.) (rpc, ) (Entered: 02/08/2021) |
| 02/08/2021 | 4 | | SEALED CJA 23 Financial Affidavit by Daniel Goodwyn (rpc, ) (Entered: 02/08/2021) |
| 02/08/2021 | 5 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Daniel Goodwyn. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/8/2021. (rpc, ) (Entered: 02/08/2021) |
| 02/08/2021 | 6 | 7 | ORDER as to Daniel Goodwyn: Detention and Preliminary Hearing set for 2/12/2021 at 01:30 PM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/8/2021. (rpc, ) (Entered: 02/08/2021) |
| 02/12/2021 | 8 | 8 | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson:Preliminary and Detention Hearing as to Daniel Goodwyn held on |

| | | | |
|---|---|---|---|
| | | | 2/12/2021. Conditions of Release entered. (Court Reporter : Digital Recording.) (mem) (Entered: 02/16/2021) |
| 02/12/2021 | 9 | 10 | ORDER FINDING PROBABLE CAUSE as to Daniel Goodwyn. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/12/2021. (me) (Entered: 02/16/2021) |
| 02/12/2021 | 10 | | E–GOV SEALED ORDER Setting Conditions of Release as to Daniel Goodwyn (1) PR. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/12/2021. (mem) (Entered: 02/16/2021) |
| 02/16/2021 | | | Rule 5 documents emailed to District of Columbia as to Daniel Goodwyn. (mem) (Entered: 02/16/2021) |