UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| | : CASE: 21-cr-00153 (RBW) |
| v. | : |
| | : |
| DANIEL GOODWYN, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE NOTICE the appearance in this action of Lucy Sun, Assistant United States Attorney, the United States Attorney's Office, as counsel for the United States of America in place of Assistant United States Attorney Christopher Berridge.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:   /s/ *Lucy Sun*
Lucy Sun
Massachusetts Bar No. 691766
Assistant United States Attorney
Detailee
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 25th day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney