IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    v.                                              Case No: 21-cr-00153 (RBW)

**DANIEL GOODWYN,**

    **Defendant.**

## NOTICE OF APPEARANCE

The Clerk is hereby notified that the undersigned, John Daniel Hull, appears on behalf of Defendant Daniel Goodwyn in the above-styled action. He appears as retained.

    Respectfully submitted,

    JOHN DANIEL HULL

    COUNSEL FOR DEFENDANT


By: ____/s/ J. Daniel Hull
JOHN DANIEL HULL

DC Bar No. 323006; California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C. 20005
619-895-8336
jdhull@hullmcguire.com