UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal Action No. 21-153 (RBW) |
| | ) |
| DANIEL GOODWYN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the hearing held on April 2, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on June 3, 2021, at 10:00 a.m, via videoconference.  It is further

**ORDERED** that the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF No. 10, is **GRANTED**.  It is further

**ORDERED** that the government's Unopposed Motion for Protective Order, ECF No. 11, is **GRANTED**.  It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from April 2, 2021, to June 3, 2021, is excluded under the Speedy Trial Act, in light of (1) the fact that the government requires additional time to produce discovery to the defendant, (2) the fact that the defendant and his counsel require time to review that discovery, and (3) the government's representations regarding the complexity of the case, which are not opposed by the defendant.

**SO ORDERED** this 5th day of April, 2021.

                                                        REGGIE B. WALTON
                                                        United States District Court Judge