## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

04 | 02 | 2021
Date

*Daniel Goodwyn*
Daniel Goodwyn
Defendant

Marie-Jose E. Goodwyn
Guardian - Custodian

7