UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-153 (RBW) |
| DANIEL GOODWYN, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the hearing held on June 3, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on August 5, 2021, at 10:00 a.m, via videoconference.  It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from June 3, 2021, to August 5, 2021, is excluded under the Speedy Trial Act, in light of the facts that (1) the government requires additional time to produce discovery to the defendant, and (2) the defendant and his counsel require time to review that discovery.

**SO ORDERED** this 4th day of June, 2021.

_____
REGGIE B. WALTON
United States District Court Judge