UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       v.                              Case No.  21-CR-153 (RBW)

DANIEL GOODWYN,

      Defendant.

### DEFENDANT GOODWYN'S NOTICE OF FILING OF ACCEPTANCE OF PROTECTIVE ORDER

Defendant Daniel Goodwyn, by undersigned counsel, hereby files his Acceptance of the Court's April 6, 2021 Protective Order (ECF Item 16) generally governing discovery in this case. A copy of Mr. Goodwyn's signed and dated Acceptance is attached hereto as an exhibit. It is also signed by his court-designated third-party custodian Marie Goodwyn.

                                  Respectfully submitted,

                                  JOHN DANIEL HULL
                                COUNSEL FOR DANIEL GOODWYN

                                By: */s/ John Daniel Hull*
                                JOHN DANIEL HULL
                                DC Bar No. 323006; California Bar No. 222862
                                Hull McGuire PC
                                1420 N Street, N.W.
                                Washington, D.C.  20005
                                619-895-8336
                                jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2021 he served a true and correct copy of the foregoing Defendant Goodwyn's Notice of Filing of Acceptance of Protective Order via the Electronic Case Filing (ECF) system upon counsel for the government.

By: /s/ *John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336
jdhull@hullmcguire.com