## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-153 (RBW) |
| DANIEL GOODWYN, | ) |
| Defendant. | ) |

### ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on July 30, 2021, via teleconference, it is hereby

**ORDERED** that, on or before August 6, 2021, the defendant shall submit to the Court and to Pretrial Services documentation from his treating physician (1) of any diagnoses that were alleged at the July 30, 2021 hearing, and (2) addressing whether the wearing of a mask while in contact with other individuals exacerbates any diagnosed condition of the defendant.  It is further

**ORDERED** that Pretrial Services may conduct a mental health assessment of the defendant.  It is further

**ORDERED** that the results of the mental health assessment shall be provided to the Court as soon as possible.

**SO ORDERED** this 30th day of July, 2021.

_____
REGGIE B. WALTON
United States District Court Judge