UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                        Case No.  21-CR-153 (RBW)

**DANIEL GOODWYN,**

      **Defendant.**

## NOTICE OF FILING BY DEFENDANT GOODWYN

Defendant Daniel Goodwyn, by undersigned counsel, notifies the Court that he files here a letter dated August 3, 2021 (9 pages) by Stephanie C. Holmes, Certified Autism Specialist, who met with Defendant Goodwyn thirty times between December 2017 and July 2019.  Also filed here is Holmes' resume (3 pages). These materials were promised to the Court on July 30. They can be expanded upon or supplemented by submissions or testimony at the Court's request.

                Respectfully submitted,

                JOHN DANIEL HULL
                COUNSEL FOR DANIEL GOODWYN

                By: /s/ *John Daniel Hull*
                JOHN DANIEL HULL
                DC Bar No. 323006; California Bar No. 222862
                Hull McGuire PC
                1420 N Street, N.W.
                Washington, D.C.  20005
                619-895-8336
                jdhull@hullmcguire.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 4, 2021 he served a true and correct copy of the foregoing Notice of Filing by Defendant Goodwyn and two exhibits via the Electronic Case Filing (ECF) system upon counsel for the government.

By: /s/ *John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336
jdhull@hullmcguire.com