# REV. STEPHANIE C. HOLMES, ED. D, CERTIFIED AUTISM SPECIALIST

4514 Chamblee Dunwoody Rd #423 Dunwoody, GA 30338 · 404-536-8527
Dr.Stephanie@HolmesASR.com · www.HolmesASR.com

---

Conducted therapeutic individual and family therapy sessions in the state of GA. Spiritual and Christian counsel, coaching, and consulting for individuals, marriages and family impacted by the autism spectrum nationally and internationally through online platform. Worked closely with parents and teachers to implement consistent behavior therapy techniques at home and school. Worked in private practice, school setting, therapeutic group home, residential setting, and church counseling centers. Speak for regional, national, and international counseling events. Author blogs and articles for secular and Christian organizations on autism/Asperger's. Draws on experience as mother of daughter on the autism spectrum and educational advocacy in the public school system. Advocate for ADA and Civil Rights for those with special needs, disability, and autism in the workplace, organizations, church, and school settings

## CAREER EXPERIENCE

**2016 – PRESENT**
**FOUNDER OF AUTISM SPECTRUM RESOURCES FOR MARRIAGE & FAMILY, LLC**
ASRM&F, LLC, exists to counsel, counsel, consult to help families and persons on the autism spectrum to move from surviving to thriving. In additional to counseling, assessing teens and adults on the autism spectrum, training and consulting with churches and schools for best inclusive practices for the autism community.

**2020 –PRESENT**
**CO-FOUNDER OF THE INTERNATIONAL ASSOCIATION OF NEURODIVERSE CHRISTIAN MARRIAGE, LLC**
IANDCM, LLC exists to educate and train clergy, coaches, chaplains, & counselors concerning assessing and serving adults on the Autism Spectrum and understanding impact of Autism on daily life and in marriage and family.

2010-PRESENT
**AUTISM ADVOCATE: ADA & CIVIL RIGHTS & EDUCATIONAL RIGHTS FOR STUDENTS ON THE AUTISM SPECTRUM**
Pro-bono and paid services to advocate for the rights of those on the spectrum to receive their rights and reasonable accommodations based on disability.

2008- PRESENT
**CALVARY ASSEMBLY OF GOD/CHAPELHILL CHURCH**
Contracted Counselor

2014-2018
**DUNWOODY METHODIST COUNSELOR CENTER**
Contracted Counselor

2004 to 2008
**UNITED FAITH CHRISTIAN ACADEMY**
Guidance Counselor/ Contracted Counselor/ SGA Leader/ Psychology Teacher

2001 TO 2005
**EL ROI MINISTRIES**
Contracted counselor to young women in a residential setting impacted by trauma.

2001 to 2002
**CHRIST OUR SHEPHERD MINISTRIES**
Counseling Intern

1998 TO 1999
**HICKORY GROVE BAPTIST CHURCH COUNSELING CENTER**
Counselor Intern

1998
**CONCORD FIRST ASSEMBLY**
School Counseling Intern

# EDUCATION

**MAY 2020**
**ED. D ORGANIZATIONAL LEADERSHIP,** ABILENE CHRISTIAN UNIVERSITY
GRADUATING WITH DISSERTATION WITH DISTINCTION, "CREATING AN INCLUSIVE CLIMATE FOR STUDENTS ON THE AUTISM SPECTRUM" WITH A 4.0 GPA. INDUCTED INTO ALPHA CHI HONOR SOCIETY.

**JANUARY 2020**
**MEDIATION CERTIFICATION,** ABILENE CHRISTIAN UNIVERSITY

**DECEMBER 2019**
**MASTER'S CERTIFICATE IN CONFLICT RESOLUTION & COMMUNICATION,** ABILENE CHRISTIAN UNIVERSITY

**2009**
**GLOBAL UNIVERSITY, NC SCHOOL OF MINISTRY, GA SCHOOL OF MINISTRY**
SEMINARY AND THEOLOGY CLASSES WORKING TOWARD MINISTERIAL CREDENTIALING

**MAY 2000**
**MA COUNSELING,** LIBERTY UNIVERSITY
3.8 GPA

**AUGUST 1994**
**BS PSYCHOLOGY,** CAMPBELL UNIVERSITY
SUMMA CUM LAUDE GRADUATE AND CHANCELLOR'S SCHOLARSHIP FOR EXCELLENCE

## CERTIFICATIONS AND LICENSURE AND ORDINATION

- **1997- Present, American Association of Christian Counselors Member in Good Standing**
- **2000-2009, Licensed Professional Counselor in Good Standing- NC, LPCNC4011**
- 2010- Present, Certified Autism Specialist, IBCCES
- **2009- Present GA Board of Examiners for Christian Counselors and Therapists, Board Certified Christian Counselor**
- **2009-Present, American Association of Christian Counselors, International Board of Christian Counselors/Professional Counselor/ Professional Pastoral Counselor**
- **2008-Present, International Assemblies of God- Ordained Minister**

## PUBLICATIONS

- **Dissertation Study "Creating an Inclusive Environment for Students on the Autism Spectrum" https://digitalcommons.acu.edu/school_ed_leadership/5/**
- **Peer Reviewed Co-Author for Educational Leadership "Educational Leaders Can Lead the Way for Increasing Academic Achievement for Students on the Autism Spectrum. https://scholarworks.sfasu.edu/slr/vol15/iss1/20/**
- **Exceptional Needs Today Magazine contributing author**
- **Autism/Asperger's Digest: Interviews and Co-written articles with Dr. Tony Attwood on Asperger Teens**
- **Autism Parent Magazine: Articles on Co-morbid issues of Asperger's**
- **American Association of Christian Counselors blog on Autism/Asperger's**
- **Confession of a Christian Counselor: How infertility and autism grew my faith**

## SPEAKING EXPERIENCE

- **American Association of Christian Counselors: Autism and Family**
- **Georgia Assemblies of God Church Leader's Conference on Autism Inclusion**
- **Georgia Assemblies of God Children's Workshops- Children with Autism**
- **Autism Avenue SouthEast Regional Conference on Autism: Autism and Marriage**
- **Georgia State University Positive Behavior Supports Conference: Autism and Teens**
- **Emory/Monarch Conference: Autism and Girls**
- **SOAR Wonderfully Made Disability Conference**
- **Converge Autism Summit**
- **Podcast Host for Converge Autism Radio**
- **N. Georgia Autism Conference**
- **Podcast Guest as Autism Specialist multiple podcasts**
- **Podcast co-host NeuroDiverse Christian Couples**
- Special Consult for Churches and Religious Organizations for Autism/Special Needs Inclusion