UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-153 (RBW) |
| DANIEL GOODWYN, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on August 6, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on October 5, 2021, at 9:00 a.m, via videoconference. It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from August 5, 2021, to October 5, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery provided by the government.

**SO ORDERED** this 6th day of August, 2021.

REGGIE B. WALTON
United States District Court Judge