**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                **Case No. 1:21-cr-00153-RBW-1**

    -against-

                NOTICE OF APPEARANCE

DANIEL GOODWYN,

         Defendant.

-------------------------------------------------------------X

  Please Take Notice that the above-named Defendant, Daniel Goodwyn has retained The McBride Law Firm, PLLC, to represent him in the above captioned matter, and respectfully demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
     August 30, 2021

                Respectfully Submitted,

                /s/ *Joseph D. McBride, Esq.*
                _____

                JOSEPH D. MCBRIDE, ESQ.
                ***Attorney for the Defendant***
                D.C. DIST. CT. BAR ID: NY0403
                THE MCBRIDE LAW FIRM, PLLC
                99 Park Avenue, 6th Floor
                New York, NY 10016
                *Phone:* 917.757.9537
                *Email:* jmcbride@mcbridelawnyc.com