UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                          Case No.  21-CR-153 (RBW)

**DANIEL GOODWYN,**

    **Defendant.**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

John Daniel Hull respectfully moves the Court for leave to withdraw as counsel for defendant Daniel Goodwyn.  No prejudice should result to the defendant or to the government from the requested withdrawal.  Since August 27, 2021 defendant has been represented principally, solely and ably by Joseph Daniel McBride and The McBride Law Firm, PLLC.  Mr. McBride entered his appearance as counsel for Mr. Goodwyn in this matter on August 30, 2021.  *See,* Doc. No. 26.

    Respectfully submitted,

    JOHN DANIEL HULL

    By: */s/John Daniel Hull*
    JOHN DANIEL HULL
    DC Bar No. 323006; California Bar No. 222862
    Hull McGuire PC
    1420 N Street, N.W.
    Washington, D.C.  20005
    202-429-6520
    619-895-8336
Dated: October 3, 2021     jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 3, 2021 he served a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel upon the defendant by U.S. mail, first class, postage prepaid and upon both defendant's new counsel and counsel for the government via the Electronic Case Filing (ECF) system.

By: /s/ *John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.  20005
202-429-6520
619-895-8336
jdhull@hullmcguire.com