# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 21-153 (RBW) |
| | ) | |
| DANIEL GOODWYN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on October 5, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on December 9, 2021, at 9:00 a.m., via videoconference. It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from October 5, 2021, to December 9, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery provided by the government.

**SO ORDERED** this 6th day of October, 2021.

_/s/ Reggie B. Walton_
REGGIE B. WALTON
United States District Court Judge