UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-153 (RBW) |
| | ) |
| DANIEL GOODWYN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, and for good cause shown, it is hereby

**ORDERED** that the government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, ECF No. 31, is **GRANTED**. It is further

**ORDERED** that the government may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e). It is further

**ORDERED** that the government may provide in discovery sealed materials pursuant to the Protective Order Governing Discovery, ECF No. 16. It is further

**ORDERED** that this Order shall apply to the disclosure of the above-referenced materials to any co-defendants who may later be joined.

**SO ORDERED** this 3rd day of January, 2022.

_____
REGGIE B. WALTON
United States District Court Judge