UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on January 10, 2022, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on March 28, 2022, at 9:30 a.m., via videoconference. It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from December 9, 2021, to March 28, 2022, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to confer.

**SO ORDERED** this 10th day of January, 2022.

REGGIE B. WALTON
United States District Court Judge