# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :     Case No.: 21-CR-153 |
| DANIEL GOODWYN, | : |
| | : |
| Defendant. | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Susan T. Lehr. AUSA Susan T. Lehr will be substituting for AUSA Lucy Sun.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney
NE Bar No. 19248
District of Columbia
Capitol Riot Detailee
1620 Dodge Street, #1400
Omaha, Nebraska 68102
Telephone No. 402-661-3715
Email: Susan.Lehr@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 26th day of January, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney