UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) Criminal Action No. 21-153 (RBW)
)
DANIEL GOODWYN, )
)
Defendant. )
)

### ORDER

Upon consideration of the Defendant Daniel Goodwyn's Motion to Modify Bond Conditions, ECF No. 41, and for good cause shown, it is hereby

**ORDERED** that the Defendant Daniel Goodwyn's Motion to Modify Bond Conditions, ECF No. 41, is **GRANTED**. It is further

**ORDERED** that the March 12, 2021 Order, ECF No. 12, is **MODIFIED** as follows:

1. The defendant shall no longer be required to submit to location monitoring.

2. From March 19, 2022, to March 23, 2022, the defendant shall be placed in the custody of Christopher Goodwyn.

It is further

**ORDERED** that the Government's Motion to Revoke Defendant's Pretrial Release, ECF No. 22, is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED** this 7th day of March, 2022.

REGGIE B. WALTON
United States District Court Judge