UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-153 (RBW) |
| | ) |
| DANIEL GOODWYN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the Defendant Daniel Goodwyn's Motion to Modify Bond Conditions, ECF No. 43, and for good cause shown, it is hereby

**ORDERED** that the Defendant Daniel Goodwyn's Motion to Modify Bond Conditions, ECF No. 43, is **GRANTED**. It is further

**ORDERED** that the March 12, 2021 Order, ECF No. 12, is **MODIFIED** as follows:

1. The defendant shall no longer be required to submit to home detention.

**SO ORDERED** this 21st day of March, 2022.

REGGIE B. WALTON
United States District Court Judge