## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on March 28, 2022, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on June 16, 2022, at 9:00 a.m., via videoconference. It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from March 28, 2022, to June 16, 2022, is excluded under the Speedy Trial Act, in light of (1) the fact that the defendant and his counsel require additional time to review the discovery provided by the government and (2) defense counsel's need to potentially independently acquire information that might impact the resolution of this case.

**SO ORDERED** this 28th day of March, 2022.

*Reggie B. Walton*
REGGIE B. WALTON
United States District Court Judge