UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No.: 21-CR-153 |
| : | |
| DANIEL GOODWYN, : | |
| : | |
| Defendant.   : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Brian Brady, who may be contacted by telephone at (202) 834-1916 or email at Brian.Brady@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Susan T. Lehr.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Brian Brady*
Brian Brady
Trial Attorney, Department of Justice
D.C Bar #: 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov