## **CERTIFICATE OF SERVICE**

On this 29th day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Brian Brady*

Brian Brady
Trial Attorney, Department of Justice
D.C Bar #: 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov