UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on June 16, 2022, via videoconference, it is hereby

**ORDERED** that the Unopposed Government's Motion to Strike Portions of the Indictment, ECF No. 46, which the Court orally granted at the March 28, 2022 hearing, is **GRANTED** nunc pro tunc. It is further

**ORDERED** that the parties shall appear before the Court for a status hearing on July 14, 2022, at 9:00 a.m., via videoconference. It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from June 16, 2022, to July 14, 2022, is excluded under the Speedy Trial Act, in light of the need for the parties to continue discussions about how to resolve this case.

**SO ORDERED** this 16th day of June, 2022.

REGGIE B. WALTON
United States District Court Judge