UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) </br> ) </br> v.     ) </br> ) </br> DANIEL GOODWYN,     ) </br> ) </br> Defendant.  ) </br> ) | Criminal Action No. 21-153 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on July 14, 2022, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on July 27, 2022, at 9:30 a.m., via videoconference.

**SO ORDERED** this 14th day of July, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge