## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | **Case No. 1:21-cr-00153** |
| | **)** | |
| **DANIEL GOODWYN** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

### <u>NOTICE OF APPEARANCE OF COUNSEL</u>

To:    The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in this case as counsel for

DEFENDANT DANIEL GOODWYN

Dated September 30, 2022                    Respectfully submitted,

                                                                    /s/ *Carolyn A. Stewart*
                                                                    Carolyn A. Stewart, Bar No. FL-0098
                                                                    Defense Attorney
                                                                    Stewart Country Law PA
                                                                    1204 Swilley Rd.
                                                                    Plant City, FL 33567
                                                                    Tel: (813) 659-5178
                                                                    E: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 30th day of September 2022, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn A. Stewart

Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney