UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-153-RBW |
| : | |
| DANIEL GOODWYN : | |
| : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the United States' Motion in Limine to Admit Evidence as intrinsic evidence or, in the alternative under Federal Rule of Evidence 404(b), it is hereby ORDERED that the motion is GRANTED, for the reasons set forth in that motion. The government may introduce in its case-in-chief at trial the evidence described in that motion, which is admissible as intrinsic evidence and under Federal Rule of Evidence 404(b), because it is relevant to proving the defendants' motive, intent, knowledge, absence of mistake or accident, and conduct underlying the charged offenses. The evidence described in that motion is also admissible under Federal Rule of Evidence 403, because the danger of unfair prejudice does not substantially outweigh the probative value of that evidence, for the reasons described in the United States' motion.

**SO ORDERED** this 30TH day of September 2022.

_____
HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE