## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

*/s/ Brian Brady*
Brian Brady
Trial Attorney
