UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| **DANIEL GOODWYN,** ) | |
| ) | |
| **Defendant.** ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion to Dismiss Count 1 of the Indictment charging violation of 18 U.S.C. Section 1512(c)(2), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED, and

It is hereby ordered that Count One of the indictment is dismissed with prejudice.

**SO ORDERED** on this (date), 2022.

                                                                HONORABLE REGGIE B. WALTON
                                                                 United States District Judge

Dated September , 2022

Respectfully submitted,
/s/ Joseph D. McBride, Esq.

Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 22nd day of September 2022, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.