UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00153 (RBW) |
| | ) | |
| **DANIEL GOODWYN,** | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion In Limine to Preclude Language, Terms and False Associations, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Government shall not use introduce the language, terms, or associations from the motion in any of its statements, witness examinations, documents, or audio or visual presentations.


**SO ORDERED** this (date), 2022.

HONORABLE REGGIE B. WALTON
United States District Judge