UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| **DANIEL GOODWYN,** ) | |
| ) | |
| **Defendant.** ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion In Limine to Preclude Certain Evidence and Testimony, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and

The Government will abide by the exclusions at ECF No. _____.

**SO ORDERED** on this (date), 2022.

HONORABLE REGGIE B. WALTON
United States District Judge

Dated September , 2022

Respectfully submitted,
/s/ Joseph D. McBride, Esq.

Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

## CERTIFICATE OF SERVICE

I hereby certify on the 22nd day of September 2022, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.