UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| **DANIEL GOODWYN,** ) | |
| ) | |
| **Defendant.** ) | |

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion In Limine to Preclude Certain Evidence and Testimony, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and

The Government will abide by the exclusions at ECF No. _____.

**SO ORDERED** on this (date), 2022.

HONORABLE REGGIE B. WALTON
United States District Judge