UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.        ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| **DANIEL GOODWYN,**    ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion to Dismiss Count 1 of the Indictment charging violation of 18 U.S.C. Section 1512(c)(2), and 18 U.S.C. Section 2, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and

It is hereby ordered that Count One of the indictment at ECF No. 34 is dismissed with prejudice.

**SO ORDERED** on this (date), 2022.

HONORABLE REGGIE B. WALTON<br>
United States District Judge