UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

Upon consideration of the Government's Motion in Limine to Admit Evidence as intrinsic or alternately under Federal Rules of Evidence 404(b)(2), and Defendant Daniel Goodwyn's response thereto, and for the reasons set forth by the Defendant and for good cause shown, it is hereby **ORDERED** that the Government's Motion in Limine to Admit Evidence as Intrinsic or, in the Alternative, Pursuant to Federal Rule of Evidence 404(b) (ECF No. 56) is **DENIED** and:

**ORDERED** that the motion is dismissed with prejudice.

**SO ORDERED** this ___ day of _____, 2022

REGGIE B. WALTON
United States District Judge