UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| DANIEL GOODWYN,   ) | |
| ) | |
| Defendant.   ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion to Extend Time to provide proposed voir dire questions, jury instructions, and verdict forms, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED, and

The deadline for these documents is November 21, 2022.

**SO ORDERED** on this (date), 2022.

HONORABLE REGGIE B. WALTON
United States District Judge