# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-CR-00153 (RBW) |
| : | |
| **DANIEL GOODWYN,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully informs the Court that Assistant United States Attorney Andrew Haag will appear for the United States as co-counsel in the above-captioned matter.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

    BY: */s/ Andrew Haag*
    ANDREW S. HAAG
    Assistant United States Attorney
    MA Bar No. 705425
    601 D Street, N.W.
    Washington, DC 20530
    (202) 252-7755
    Andrew.Haag@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 17th day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Andrew Haag*
Andrew S. Haag
Assistant United States Attorney