

**FILED**
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-153 (RBW) |
| DANIEL GOODWYN, | ) |
| Defendant. | ) |

## ORDER

In light of the government's Motion to Accept Government's Late-Filed Response to Defendant's Motion to Dismiss, ECF No. 65, and for good cause shown, it is hereby

**ORDERED** that the government's Motion to Accept Government's Late-Filed Response to Defendant's Motion to Dismiss, ECF No. 65, is **GRANTED**. It is further

**ORDERED** that the government's Opposition to Defendant Daniel Goodwyn's Motion to Dismiss Count One of the Indictment for Failure to State an Offense, ECF No. 65-1, is **ACCEPTED AS FILED**.

**SO ORDERED** this 16th day of December, 2022.

REGGIE B. WALTON
United States District Court Judge