

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 21-153 (RBW) |
| DANIEL GOODWYN, | ) ) | |
| Defendant. | ) ) | |

## ORDER

In light of the defendants' Unopposed Motion to Extend Time, ECF No. 71, and for good cause shown, it is hereby

**ORDERED** that the defendants' Unopposed Motion to Extend Time, ECF No. 71, is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** to the extent that the defendant seeks an extension of time. It is **DENIED** in all other respects. It is further

**ORDERED** that, on or before December 22, 2022, the parties shall submit joint proposed voir dire questions, jury instructions, and verdict forms.

**SO ORDERED** this 16th day of December, 2022.

REGGIE B. WALTON
United States District Court Judge