UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> DANIEL GOODWYN, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 21-153 (RBW) |

## ORDER

In light of the parties' representation to the Court that the defendant intends to enter a guilty plea, it is hereby

**ORDERED** that the parties December 22, 2022 deadline to submit joint proposed voir dire questions, jury instructions, and verdict forms is **VACATED**.[1]

**SO ORDERED** this 22nd day of December, 2022.

REGGIE B. WALTON
United States District Court Judge

---

[1] The parties shall confer with the deputy courtroom clerk to determine a suitable date for a guilty plea hearing in this case.