UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| **v.**  ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| **DANIEL GOODWYN,**  ) | |
| ) | |
| **Defendant.**  ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's unopposed Motion to Extend Time to reply to ECF No. 65-1, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and

**ORDERED** that Mr. Goodwyn may file a reply to ECF No. 65-1 not later than February 6, 2023 if a trial is scheduled on February 27, 2023 or later.

**SO ORDERED** on this 22nd day of December, 2022.

HONORABLE REGGIE B. WALTON
United States District Judge
