UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In light of the parties' representation to the Court that the defendant intends to enter a guilty plea, it is hereby

**ORDERED** that the pre-trial conference currently scheduled for January 19, 2023, is **VACATED**.

**SO ORDERED** this 9th day of January, 2023.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge