UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL GOODWYN, )<br>)<br>Defendant. ) | Case No. 1:21-cr-00153 (RBW) |

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion to apply Fed R. Crim P. Rule 32 to dates related to sentencing, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and

**ORDERED** that sentencing will be on June 5, 2023 at (time);

**ORDERED** that objections to the Presentencing Report will be submitted not later than May 15, 2023, where the parties will work to resolve issues by May 29, 2023 when the report is due to this Court.

**SO ORDERED** on this (date), 2023.

HONORABLE REGGIE B. WALTON
United States District Judge