UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

FILED
FEB 15 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER

In light of the guilty plea entered by the defendant, it is hereby

**ORDERED** that the trial currently scheduled to begin on February 27, 2023, is **VACATED**. It is further

**ORDERED** that the defendant's Unopposed Motion to Apply Rule 32 Times Based on the Presentencing Report Delivery, with Memorandum of Law, ECF No. 84, is **DENIED AS MOOT**. It is further

**ORDERED** that the government's Motion in Limine Regarding Cross-Examination of U.S. Secret Service Witness, ECF No. 57, is **DENIED AS MOOT**. It is further

**ORDERED** that the government's Motion in Limine Regarding Evidence about the Specific Locations of U.S. Capitol Police Surveillance Cameras, ECF. No 58, is **DENIED AS MOOT**. It is further

**ORDERED** that the defendant's Motion to Dismiss Count One of the Indictment for Failure to State an Offense, with Memorandum of Law, ECF No. 59, is **DENIED AS MOOT**. It is further

**ORDERED** that the defendant's Motion in Limine to Preclude Use of Certain Language, Terms, and False Associations, ECF No. 60, is **DENIED AS MOOT**. It is further

**ORDERED** that the defendant's Motion in Limine to Preclude Irrelevant Witnesses as Evidence, ECF No. 61, is **DENIED AS MOOT**. It is further

**ORDERED** that the defendant's Motion to Dismiss, ECF No. 64, is **DENIED AS MOOT**. It is further

**ORDERED** that the defendant's Unopposed Defendant's Motion to Extend Time to Reply, ECF No. 79, is **DENIED AS MOOT**.

**SO ORDERED** this 15th day of February, 2023.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge