# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 21-153 (RBW) |
| DANIEL GOODWYN, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Apply Rule 32 Times Based on the Presentencing Report Delivery, with Memorandum of Law, ECF No. 84, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Apply Rule 32 Times Based on the Presentencing Report Delivery, with Memorandum of Law, ECF No. 84, is **GRANTED IN PART AND DENIED IN PART**. It is **GRANTED** to the extent it seeks to have the Presentencing Report delivered on April 25, 2023. It is **DENIED** in all other respects. It is further

**ORDERED** that, on or before April 25, 2023, the Probation Office shall file its Presentence Investigation Report.

**SO ORDERED** this 14th day of March, 2023.

_____
REGGIE B. WALTON
United States District Court Judge