UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL GOODWYN, )<br>)<br>Defendant. )<br>) | Criminal Action No. 21-153 (RBW) |

## ORDER

In light of the representations made to the Court by the United States Probation Office (the "Probation Office") regarding its inability to file its Presentencing Report by April 25, 2023, as previously order by the Court, see Order at 1 (Mar. 14, 2023), ECF No. 86, it is hereby

**ORDERED** that on or before April 3, 2023, the Probation Office shall file its draft Presentencing Report. It is further

**ORDERED** that on or before April 17, 2023, the parties shall submit any objections to the Presentencing Report to the Probation Office. It is further

**ORDERED** that on or before May 1, 2023, the Probation Office shall file the final Presentencing report. It is further

**ORDERED** that the sentencing in this case currently scheduled for May 31, 2023, is **CONTINUED** to June 5, 2023, at 10:00 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 24th day of March, 2023.

_____
REGGIE B. WALTON
United States District Court Judge