UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Unopposed Motion to schedule the June 5, 2023 sentencing via video teleconference (VTC) it is hereby

**ORDERED** that the Motion is **GRANTED**, and

**ORDERED** that the clerk will schedule the sentencing via VTC.

**SO ORDERED** on this (day), March 2023.

HONORABLE REGGIE B. WALTON
United States District Judge