## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 21-153 (RBW) |
| | ) | |
| DANIEL GOODWYN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Upon consideration of the Unopposed Defendant's Motion for Sentencing Via VTC, ECF No. 88, it is hereby

**ORDERED** that Unopposed Defendant's Motion for Sentencing Via VTC, ECF No. 88, is **DENIED**.[1]

**SO ORDERED** this 7th day of April, 2023.

REGGIE B. WALTON
United States District Court Judge

---

[1] In light of the fact that the CARES Act authorization for remote proceedings is set to expire on May 8, 2023, the Court is not authorized to conduct a sentencing via videoconference. However, to the extent the defendant wishes to have family members or other individuals speak on his behalf at sentencing or observe the sentencing, those individuals are permitted to do so via videoconference. Furthermore, should the CARES Act authorization for remote proceedings be extended, the Court will entertain a motion to conduct sentencing via videoconference, if any, at that time.