IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL GOODWYN<br><br>*Defendant*. | Case No. 21-cr-153 (RBW) |

## MOTION TO WITHDRAW AS COUNSEL

Joseph D. McBride, an attorney of record for Daniel Goodwyn, a defendant in the above-captioned case writes to inform this Honorable Court that on April 20, 2023, Mr. Goodwyn terminated the attorney client relationship with Mr. McBride.  A true copy of this correspondence is set forth as Exhibit A, Under Seal.  As such, Undersigned Counsel moves this Honorable Court for an order allowing him to withdraw as attorney of record.

WHEREFORE, it is respectfully requested that in consideration of the abovementioned facts, this court issue an order permitting undersigned counsel to withdraw as attorney of record and, by doing so, relieve him of any further obligation to this case.

Dated: New York, NY
April 20, 2022

Respectfully submitted,

*/s/ Joseph D. McBride, Esq.*
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

1