IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL GOODWYN<br><br>*Defendant*. | Case No. 21-cr-153 (RBW) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**EXHIBIT A TO MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully moves this Court for the entry of an Order granting Defendant the right to file under seal Exhibit A in accordance with the procedures outlined in Local Rule 5.4

Dated: New York, NY
April 20, 2022

Respectfully submitted,

/s/ *Joseph D. McBride, Esq.*
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

1