UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-153 (RBW) |
| DANIEL GOODWYN, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defense counsel's Motion for Leave to File Under Seal Exhibit A to Motion to Withdraw as Counsel, ECF No. 93, it is hereby

**ORDERED** that defense counsel's Motion for Leave to File Under Seal Exhibit A to Motion to Withdraw as Counsel, ECF No. 93, is **GRANTED**. It is further

**ORDERED** that defense counsel shall file Exhibit A to his Motion to Withdraw as Counsel, ECF No. 93, under seal.

**SO ORDERED** this 21st day of April, 2023.

REGGIE B. WALTON
United States District Court Judge