UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the <u>ex parte</u> hearing held on April 28, 2023, via teleconference, it is hereby

**ORDERED** that Joseph D. McBride's Motion to Withdraw as Counsel, ECF No. 92, is **GRANTED**. It is further

**ORDERED** that Joseph D. McBride's appearance as counsel of record for the defendant is **TERMINATED**.

**SO ORDERED** this 28th day of April, 2023.

REGGIE B. WALTON
United States District Court Judge