Single Charge of 1752(a)(1)

| Name | Case Number | Judge | Charge(s) | Guilt | inside duration (hh:mm:ss) | Sentenced Date | Incarceration (months) | Home Confinement (months) | Probation (months) | Supervised Release (months) | Fine | Restitution | Community Service (hours) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0:23:43 | Average, all Defendants | 1.3 | 0.5 | 12.6 | 6.0 | $1,234 | $ 500 | 49.4 |
| | | | | | | Number with Sentence | 23 | 7 | 15 | 16 | 11 | 32 | 18 |
| | | | | | | Average of those with sentence | 2.2 | 2.5 | 31.1 | 13.9 | $4,152 | $ 578 | 101.5 |
| Jenny Cudd | 1:21-cr-68 | Zia Faruqui, Trevor McFadden | 1752(a)(1) | Plea | 0:19:00 | 3/22/2022 | 0 | 0 | 2 | 0 | $5,000 | $ 500 | 0 |
| James Brooks | 1:22-cr-18 | Jia Cobb | 1752(a)(1) | Plea | 0:10:00 | 11/3/2022 | 0 | 0 | 12 | 0 | $ - | $ 500 | 60 |
| Kevin Cordon | 1:21-cr-277 | Trevor McFadden | 1752(a)(1) | Plea | 0:04:00 | 11/15/2021 | 0 | 0 | 12 | 0 | $4,000 | $ 500 | 100 |
| Verden Nalley | 1:21-cr-116 | Dabney Friedrich | 1752(a)(1) | Plea | 0:35:00 | 3/10/2022 | 0 | 0 | 24 | 0 | $ - | $ 500 | 60 |
| Rachael Pert | 1:21-cr-139 | Trevor McFadden | 1752(a)(1) | Plea | | 12/20/2021 | 0 | 0 | 24 | 0 | $ - | $ 500 | 100 |
| Nicholes Lentz | 1:22-cr-53 | Randolph Moss | 1752(a)(1) | Plea | 0:57:00 | 5/10/2022 | 0 | 1 | 36 | 0 | $ - | $ 500 | 100 |
| Michael Daughtry | 1:21-cr-141 | Randolph Moss | 1752(a)(1) | Plea | | 6/9/2022 | 0 | 2 | 36 | 0 | $ - | $ 500 | 60 |
| James Mels | 1:21-cr-184 | Beryl Howell | 1752(a)(1) | Plea | 0:45:00 | 10/28/2022 | 0 | 3 | 36 | 0 | $ - | $ 500 | 60 |
| Elliot Bishai | 1:21-cr-282 | Tanya Chutkan | 1752(a)(1) | Plea | 0:27:00 | 7/29/2022 | 0.5 | 0 | 0 | 12 | $ - | $ 500 | 0 |
| Leonard Pearson Ridge IV | 1:21-cr-406 | James Boasberg | 1752(a)(1) | Plea | | 1/4/2022 | 0.5 | 0 | 0 | 12 | $1,000 | $ 500 | 100 |
| Couy Griffin | 1:21-cr-92 | Trevor McFadden | 1752(a)(1) | Bench Trial | | 6/17/2022 | 0.5 | 0 | 0 | 12 | $3,000 | $ 500 | 60 |
| Daniel Herendeen | 1:21-cr-278 | Beryl Howell | 1752(a)(1) | Plea | | 4/1/2022 | 0.5 | 2 | 36 | 0 | $ - | $ 500 | 0 |
| Jeremy Grace | 1:21-cr-492 | Randolph Moss | 1752(a)(1) | Plea | 0:08:00 | 7/8/2022 | 0.7 | 0 | 0 | 12 | $ - | $ 500 | 60 |
| Treniss Evans | 1:21-cr-225 | Dabney Friedrich | 1752(a)(1) | Plea | 0:20:00 | 11/21/2022 | 0.7 | 0 | 36 | 0 | $5,000 | $ 500 | 0 |
| Robert Schornak | 1:21-cr-278 | Beryl Howell | 1752(a)(1) | Plea | 0:10:00 | 2/18/2022 | 0.9 | 2 | 36 | 0 | $ - | $ 500 | 0 |
| Gracyn Courtright | 1:21-cr-72 | Christopher Cooper | 1752(a)(1) | Plea | 0:24:00 | 12/17/2021 | 1 | 0 | 0 | 12 | $ - | $ 500 | 60 |
| Emily Hernandez | 1:21-cr-747 | James Boasberg | 1752(a)(1) | Plea | 0:35:00 | 4/11/2022 | 1 | 0 | 0 | 12 | $ - | $ 500 | 80 |
| Brian McCreary | 1:21-cr-125 | Beryl Howell | 1752(a)(1) | Plea | 0:30:00 | 4/1/2022 | 1.4 | 2 | 36 | 0 | $2,500 | $ 500 | 0 |
| Blake Reed | 1:21-cr-204 | Beryl Howell | 1752(a)(1) | Plea | 0:24:00 | 4/14/2022 | 1.4 | 3 | 36 | 0 | $2,500 | $ 500 | 0 |
| William Tryon | 1:21-cr-420 | Reggie Walton | 1752(a)(1) | Plea | | 1/14/2022 | 1.7 | 0 | 0 | 12 | $1,000 | $ 500 | 0 |
| Ryan Suleski | 1:21-cr-376 | Robin Meriweather, Randolph Moss | 1752(a)(1) | Plea | 0:15:00 | 10/14/2022 | 2 | 0 | 0 | 0 | $ - | $ 500 | 60 |
| Simone Gold | 1:21-cr-85 | Christopher Cooper | 1752(a)(1) | Plea | 0:28:00 | 6/16/2022 | 2 | 0 | 0 | 12 | $9,500 | $ 500 | 0 |
| Ryan Ashlock | 1:21-cr-160 | Timothy Kelly | 1752(a)(1) | Plea | | 11/10/2022 | 2.3 | 0 | 0 | 12 | $ - | $ 500 | 0 |
| Adam Johnson | 21-cr-648 | Michael Harvey, Reggie Walton | 1752(a)(1) | Plea | 0:35:00 | 2/25/2022 | 2.5 | 0 | 0 | 12 | $5,000 | $ 500 | 200 |
| Thomas Baranyi | 1:21-cr-62 | James Boasberg | 1752(a)(1) | Plea | 0:33:00 | 6/17/2022 | 3 | 0 | 0 | 12 | $ - | $ 500 | 60 |
| James Bonet | 1:21-cr-121 | Emmet Sullivan | 1752(a)(1) | Plea | 0:17:00 | 3/9/2022 | 3 | 0 | 0 | 12 | $ - | $ 500 | 200 |
| Kelly O'Brien | 1:21-cr-633 | Royce Lamberth | 1752(a)(1) | Plea | | 4/6/2022 | 3 | 0 | 0 | 12 | $1,000 | $ 500 | 0 |
| Samuel Fisher | 1:21-cr-142 | Carl Nichols | 1752(a)(1) | Plea | 0:18:00 | 10/7/2022 | 4 | 0 | 0 | 12 | $ - | $ 500 | 60 |
| Bryan Betancur | 1:21-cr-51 | Timothy Kelly | 1752(a)(1) | Plea | | 8/10/2022 | 4 | 0 | 0 | 12 | $ - | $ 500 | 0 |
| Billy Knutson | 1:22-cr-31 | Florence Pan | 1752(a)(1) | Plea | 0:04:00 | 8/26/2022 | 6 | 0 | 0 | 12 | $ - | $ 500 | 0 |
| Dana Joe Winn | 1752(a)(4) | Trevor McFadden | 1752(a)(1) | Plea | | 12/20/2021 | 0.3 | 0 | 24 | 0 | $ - | $ 500 | 100 |
| James Horning | 1:21-cr-275 | Amy Berman Jackson | 1752(a)(1) | Plea | | 2/15/2023 | 0 | 0 | 18 | 0 | $ - | $ 500 | 0 |