Bruce and Marie
Goodwyn
██████████ TX
76210
05/20/23

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

Daniel is our middle son and we love him very much. His life is guided by his Christian values, and he does not ever intentionally do anything wrong towards anyone. Daniel is kind and loving toward us and others. He is a diligent worker and can be trusted with responsibilities. He respects police and other authorities over him. We raised him that way, and as an adult he believes this is the proper way to live in civil society. Daniel is active in church life and spends much of his free time in prayer, Bible study, and evangelism.

Daniel was diagnosed with Autism Spectrum Disorder. As a child we noted he was different, and that discussions with others needed coaching on social interaction where he would not be so strong-minded in argument without taking into account all views, especially when others relied upon emotion or parroting what they heard rather than evidence and facts. He has an inquisitive, bright mind. His mental processes are very fact and evidence based. While he examines and hypothesizes possible outcomes given known and unknown facts, his social interactions in new situations often rely on in the moment visual and audio cues.  He logically argues. Daniel perseveres until he gets to the truth, whichever way the chips fall. But in the present, such as with the Wyoming officer in asking for how he could be trespassing in a parking lot when not wearing a mask inside his car, he does not foresee the outcome of being dragged out of his car and charged by the supervising officer who saw no need in advising him of what was allegedly done wrong. Life experiences such as this taught Daniel that no matter how polite, to never even appear to argue with law enforcement. As an adult with autism, Daniel does not have to relearn this lesson. His immediate obedience to the officer in departing the U.S. Capitol included the judgment error he made in responding to a livestream reporter that delayed his departure.

On January 6, 2021, Daniel had no cue or reason to believe he could not be outside, and no cues indicated that people could not enter the west door as nearby police just watched as many went inside the door. Your honor - we ask that you consider how important these circumstances were to someone with autism that sees things in black and white in the present. In humanely considering the circumstances here, we ask that you consider that Daniel's view of the world tends to be more black-and-white than that of neurotypical people. When police casually stood nearby in a large group without objection to any First Amendment speech or people entering the door at his location, Daniel as someone with autism did not receive a signal that anything was wrong. It was black and white that he could be there given  police  not demanding anyone leave.

The point we ask you to consider is that someone with autism, who was never before at the US Capitol or other US federal buildings, would not know anything was wrong after he attended another large protest and saw that in some states entry to use First Amendment speech in the state Capitol building was allowed. We are not arguing about people without autism and what they might consider.

We are asking you to consider what Daniel knew from experience and during his presence at his location on January 6, 2021. Neither Daniel nor we are blaming police here. We are asking you to consider as a mitigating factor that Daniel took his cues from the entire circumstances where police outside gave no signals that he should leave and could not enter the door. Daniel had no bad intent that day - he was present to support the Constitutional process, and he was not amidst violence at his location. Given his autism, we ask you to compassionately consider both his intent and the cues his brain received that day. He wanted people to support the objections that called for impartial investigation to put the election integrity matter to rest. It was not in his experience that police were standing nearby for anything more than being assigned to be at the location, whether on call for an emergency or other normal police functions. Daniel had no awareness of what had transpired earlier with anyone breaking into the building or how doors were opened from the inside by protesters. He only knew the door was open and had no idea what was and was not an official entrance for visitors. From an adult with autism's perspective, there was nothing illogical with doors being opened for peaceful protest under the watchful eye of police. He had seen other protests by people within the US Capitol on media before, and no mention was made of arrests. This was black and white to him that he was doing nothing wrong.

Daniel is always honest and forthright, no matter the cost and detriment to himself. His sincere goal is to reach truth and clarity. He went to the U.S. Capitol on January 6, 2021 to support the legal process under the Constitution. He sent out messages to friends and family that Senator Cruz was going to sign on to an objection for investigation of possible election illegalities. Daniel was not present to stop a process - he was there to cheer for the legal process. He did not see any sign, saw no police and had no indication that he could not enter the Capitol grounds where he knew a permitted rally was to be held. Daniel had the electronic leaflet for the rally at the Capitol. Nothing was canceled. Thousands from the march from the Ellipse were ahead of Daniel, and nothing indicated entry was prohibited. Given his autism and his counseling and therapy, Daniel knows to look for signs of what is appropriate. On the terrace among peaceful people where he was located, he did not know that he could not enter an open door after he saw police standing by and letting people go in.

To someone with autism who attends therapy to refine his social interactions and better understand cues, what Daniel saw outside the building as being allowed by law enforcement was very important to his understanding of what was lawful behavior. He was not amidst violence or calls for violence at his location. It is not in his nature to call for harm to anyone, and he did not do so. He would never support actions by anyone else that would cause harm to any person. As a sincere Christian, he would never support physical harm to any member of Congress or the Capitol building. As a man with autism, he relies on the truth and cues of what he sees and hears. Daniel saw police letting people enter the building. He did not hear anything that sounded like an alarm. Whether there should have been an open door or that anyone broke in the building was not amidst the cues Daniel had at the time. The door was already open when Danial arrived, and people got in line to enter. Daniel heard nobody near him calling for any violence. We have watched video that confirms what was seen and heard by Daniel. Please consider his autism as mitigating given his location and peaceful actions, and not what others did elsewhere that he did not see or hear. Daniel was not aware until the evening of January 6th that there had been violence.

And despite an officer angrily confronting Daniel when he peacefully stopped to look around after walking a short distance inside the building, Daniel did not physically respond. As parents of an autistic son, we understand his response of calling out "oath breaker" where Daniel believed the officer had without cause spoken uncivilly toward him after the officer let other civilians ahead of

Daniel enter and remain inside.  Words and tone, such as the officer's toward Daniel, that were incongruent to the immediate setting where everyone was peaceful while albeit it was noisy, were not aligned with Daniel's learned expectation of mutual respect between law enforcement and citizens. It was black and white to Daniel. He did not know what had transpired an hour and fifteen minutes earlier by that entrance. We ask that you take his words and entry as a man with autism under mitigating conditions. Daniel is prone to asking questions and logical argument - but as the video shows, he obeyed the officer and admitted in his plea statement of the offense that he should not have delayed his departure for the short period to talk to the livestream reporter.

Daniel does extensive research into controversial topics, often in connection with his work. He arrives at his conclusions independently, and thus has a high degree of conviction in those conclusions. After the 2020 elections there was a lot of talk about problems with election integrity. This is why he saw the need for election results to be investigated using the legal process prescribed by the US Constitution and statute. He did not desire to subvert the legal process, and only sought to support and follow it. He entered the Capitol through an open door. As mentioned above, he had earlier seen other protesters entering state capitol buildings without consequence. He was not violent, he did not enter forcibly.

His intentions on January 6, 2021 were good, and he was present where he believed he could be. He had no idea at that time that violence occurred elsewhere. He wanted the Electoral Vote Count to proceed with the announced objections and debate. The violence and delay caused further debate and planned objections with calls for investigation to be eliminated when the sessions restarted. The violence and its result left Daniel as upset as those angered by the violence alone. Daniel is a law abiding citizen whose only future potential issue given his autism is logical argument - and not action. He is not violent, and not a threat to anyone.

Despite his love of people and his high intelligence, some social cues and subtleties of everyday life are lost on Daniel except through first time experience or as brought to his attention. He continues to require therapy and counseling - that are not available in prison. As his parents we honestly state that incarceration would be detrimental to his mental health and even potentially dangerous to him. Please do not incarcerate Daniel.  Please do not further subject him to humiliation and limitations that stunt him in restarting his independent adult life. Please do not order probation or supervision of more than a few months. His situation for regaining independent responsibility for his words and actions is different from those without autism. He will remain in therapy and counseling. He has a large support system of family and friends. He has been under enormous stress for over two years now, both with being in our custody and over a year of home detention with continuous supervision and monitoring. As an adult with autism, he needs to be independent again. We cannot emphasize enough how important this is for his future that he not further be held back from or limited in moving forward. Please allow Daniel to reestablish his life in his adopted home state of California, with at most a requirement for community service.

Sincerely,

Bruce A. Goodwyn

Marie-Jose E Goodwyn

Andrew Goodwyn

█████████████████

May 16, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Pettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

My name is Andrew Goodwyn, and I am a practicing attorney in Nashville, Tennessee, where I own and operate a law firm with one other attorney. I am involved in the Nashville community both through my business and through my own volunteer efforts. I teach a legal class six times a year to minority business owners through the non-profit Corner to Corner and I mentor students both through the Belmont Law School American Inns of Court and the non-profit Persist Nashville. I thoroughly understand the importance of my role as an attorney in the community and I strive to carry myself in a way that is uplifting to others and leaves a good impression on our profession.

Daniel is my older brother. I love and respect my brother deeply and speak to him daily which I have done for my entire life. There is likely no one on earth that knows my brother's heart in the way that I do. Something we often speak about in the law is the intent of a person's actions and I know my brother has always had the intention of loving others in the way the Bible instructs him to. Of course, all humans are flawed, and he has not always accomplished his intention with perfection. Loving others does not mean always doing what they want you to do, but instead it requires that we examine the situation and seek to help them in a way that is beneficial for all involved. This is never an easy task, but it is one that my brother has never shied away from. He has always sought to direct me, as his younger brother, in a way that will strengthen my character and make me a better man.

My brother has had his fair helping of adversity to overcome growing up on the Autism Spectrum. I do not mention this because I want pity, but because I think it is important to understand all of the facts when making decisions. Making friends is difficult for anyone, but even more difficult when your baseline is different than the general population. It was not until college when I wrote a research paper about Autism that I started to understand my brother in a different way. This is when I started to intentionally seek to understand him. What I concluded was that Daniel generally sees things in black and white when making decisions and he processes and conveys information in a vastly different way than anyone I know. To most, this can be a somewhat jarring experience because most people tend to hold many of their thoughts back. Daniel is incredibly direct and will tell you when he thinks you are wrong (and usually he is right) and how you can correct yourself. This can be extremely frustrating, however, after I step back and think about it, I always find myself realizing that my frustration is simply because I know he is right. He doesn't call me out on things because he wants

to belittle me, but because he wants me to grow. Daniel is honest, passionate, and unwaveringly sincere.

Throughout our lifetime spent together, I have watched Daniel face many challenges. When he was assaulted by a homeless man at a bus stop, he did not retaliate violently. When he was assaulted by a group of men in San Francisco, he did not react violently, but instead prayed for them and continued to serve his community. Daniel is a good man, and I say that with the context of someone who knows him fully.

Today I am pleading for leniency for my brother and for you to treat him fairly. It is my belief that prison would not be a proper punishment for his actions. I believe Daniel should continue to work with an autism specialist who understands how his brain is wired. If anything positive can come from this situation, it would be for Daniel to understand himself deeper through proper therapy so that he may understand others more deeply and continue to serve his community as he has done his entire life. Please take my words into consideration.

With full honesty,

Andrew Goodwyn

Laura Markum



05/20/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,


My name is Laura Markum and I am Daniel Goodwyn's sister. I have known Daniel my whole life and have always known him to be a caring and genuine person. He has always been active in his faith and has had a desire to make the world a better place. I remember in high school we used to walk the halls of our school before school started and pray for everyone that would later arrive. Later, he moved to San Francisco to join a ministry focused on prayer and reaching out to the community there. Ever since he first visited San Francisco around 2006 he has had a love for the city and the people there. As we have grown, Daniel and I have diverged in our faith and beliefs. We are in complete disagreement politically and ideologically, however I do not believe that it has ever been his intention to hurt anyone or to break any laws. He has always been a peaceful person, and has been a part of many peaceful protests in the past. I believe that was his intention being in Washington on January 6th, even though others may have had other intentions.
I'm asking you to please be lenient as you deal with my brother's case. He has already served time in home confinement, and has had to put his life in California on hold while he has awaited trial. His desire is to return home and continue serving his community in peace. In addition, as Daniel is a person with Autism, I believe that prison would be harmful to his mental health and that he would benefit, rather, from therapy from an Autism specialist as he re-enters his community. Thank you for your time, Judge Walton.


Sincerely,
Laura Markum

Providence Chapel
PO Box 705
Denton, Texas 76202
5-8-2023

5-20-2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Re:     Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

Thank you for your time in reading this appeal letter for Mr. Daniel Goodwyn. We are the elders
of Providence Chapel, a church in Denton, Texas. The Goodwyns are members of our church
and Daniel attends here when he goes to church. We have been ministering support to him and
his family and they have a quality support system in place to help Daniel in the future.

We have known Daniel for the past four years and have observed his life as a peaceful
and sincere young man who has always conducted himself in a good way during the years we
have observed his life. He has never in any way been a violent person or anything other than a
good member of the community.

We want to give this sincere and accurate testimony of our knowing Daniel and want to
ask for leniency in his case. We feel it proper to sincerely ask that he not be put in prison, but
rather allow him to receive any valid therapy or counseling and resume a normal life as the good
young man he has always evidenced being.

Thank you again for your time and for your important work in these difficult days.

Sincerely yours,

Mack Tomlinson

Mack Tomlinson

Philip Neeley
Lee Dodd
Alan Pop
Jeff Price

The Five Pastor/Elders of Providence Chapel, Denton, Texas

Benjamin Chung

████████████████

████████████

2023/5/22

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

I am Reverend Benjamin Chung, a pastor with 14 years of experience. I had the privilege of meeting Daniel in 2016 at a Christian evangelistic event organized by Love San Francisco. During that time, Daniel was actively involved and demonstrated a strong commitment to sharing the good news of Jesus Christ with those who were seeking it. As followers of the Christian faith, we are called to spread love and compassion to all people. I witnessed Daniel's genuine care for individuals on the streets, as he took the time to engage in conversations, listen to their stories, and provide them with food and drink during our visits to various areas in San Francisco where we testified about Jesus.

Truth holds great significance for Daniel. Having embraced the truth of Jesus, he feels compelled to share it with others. Given Daniel's low-level signs of autism, he tends to view matters in a black-and-white manner. This means, he is meticulous in following instructions and being organized, which has helped the Love San Francisco organization complete tasks such as, scheduling events and arranging payments for purchases and permits. Therefore, it is not surprising that he attended the January 6th event with the intention of addressing what he perceived as falsehoods and exposing what he believed to be untrue. However, I firmly believe that had he been informed that entering the Capitol building was prohibited, he would not have taken a single step inside. Daniel's passion for his beliefs can make him vocal, but he has never displayed any inclination towards violence. I am confident that he possesses self-control even in moments of frustration. It is simply not in his nature. His love for the United States of America and his genuine conviction that a wrong was committed regarding the 2020 election are the driving forces behind his actions.

I humbly request leniency in Daniel's sentencing. Imposing a prison sentence will not serve any beneficial purpose for him. Throughout his life, he has been a law-abiding citizen who values honesty and adheres to the rule of law meticulously. Sentencing him to prison would only cause confusion and further distress. Instead, I implore you to consider allowing Daniel to resume his life as a free citizen while receiving the therapy he requires.

Thank you for your consideration.

Sincerely,

Adam Hood



CA 9

5/22/2023

United States District Court for the District of Columbia

Attention: Honorable Judge Reggie Walton

E. Prettyman Courthouse

Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

My name is Adam Hood, an ordained minister who has facilitated citywide outreach to the most broken and hurting people in the city of San Francisco for the last 17 years.  More recently, I have been blessed to be the director of Love San Francisco, a unity organization that works with many diverse ethnic churches and denominations. I first met Daniel in 2007, when I was hosting a 24/7 unity prayer and worship event that he attended.  A few years later, he moved into the ministry house where I facilitated Christian community, discipleship in prayer and the scriptures, and ministry planning and implementation.  I have known him for the past 15 years and he stands out to me as one of the most committed people to the cause of truth and justice that I've ever met, and because of this Daniel became one of my most trusted volunteers in organizing outreaches, working tirelessly for the cause of church unity, prayer and outreach work.

 Daniel is a very loyal friend and a very hard worker who would do anything to help a hurting and broken soul. One example of that is when a young drug addict we were ministering to jumped our fence and knocked on his window at 4am, begging for help.  Daniel didn't think twice and immediately brought him inside, prayed with him, gave him good counsel and directed

him to a christian rehab facility nearby.  He also loves and prays for our country regularly and is a true patriot who loves our constitution, as I'm sure you do as well.

After knowing Daniel for so many years, I discerned he had most of the symptoms attributed to Aspbergers and high-functioning autism.  We (my wife and I) encouraged Daniel to seek a diagnosis and care with a top rated Autism Spectrum specialist, which he did.  I even joined him in some of those meetings for accountability.  His unique condition would manifest in a way where he could not mentally let something go when it had to do with a truth or accurate information about any topic.  Though he's always been non-violent, because we lived in community with other people, we had to address the nuance of social engagement for more fruitful, relational interactions.  This is something that he was eager to pursue on his own and pay for with his own money as he worked hard to earnestly better himself through many therapy sessions.

 Daniel has spent 21 days incarcerated at a facility and roughly 1 year in pre-trial house confinement and has been forbidden from his life in California where he's had gainful employment for years and a serious calling in outreach ministry.  I would humbly request that you will count this incarceration and pre-trial confinement as time served for any infraction he may have incurred on January 6th.  His Aspberger condition compounds the situation with incarceration/confinement, especially as he is an extremely extroverted individual and is passionate for reaching the poor and broken of San Francisco, as he has done for years, and longs to get back to this much needed ministry ASAP.  I, along with millions of people, were able to watch the January 6th footage of Daniel and it aligns with what he previously told me about that day. In my humble opinion, it looks to me as though he got swept up in the crowd and walked into the capitol building and then back out in less than 1 minute's time, with no violence and without any vandalism or any other crime.  I appeal to your best judgment in this matter- to keep Daniel out of prison, to take him off of home confinement and to allow him to continue therapy for his Aspberger's and to once more pursue his ministry vision in California.  He has learned his lesson and has had ample time to consider the weight of his actions and course correct.

 Sincerely,

Adam Hood

05/22/2023

Radford Wong

San Francisco, ▮▮▮▮▮

May 4, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

My name is Radford Wong and I am a former missionary to the People's Republic of China. I am now a church planter in San Francisco, CA. Having lived in China for eleven years I saw firsthand the oppression of the Chinese citizens suffered under the hand of an authoritarian government. I moved back to San Francisco in 2019 to take care of my aging parents. I was shocked to see that America in many ways had become more and more like communist China where the role of government has expanded while the rights of the citizens have diminished. I believe the hope of our nation lies not in government but in God. While government leaders want God's blessings upon own nation, they often take God's name in vain. This is wrong and unless we repent and as individuals personally trust the Lord Jesus Christ as Saviour, we will answer to God for this.

I met Daniel Goodwyn at a gathering of concerned citizens in October of 2020. I had just finished my last assignment working for the United States Department of Commerce as an enumerator for the 2020 United States Census. At this gathering, every participant voiced their concerns about individual freedoms being stripped away from common citizens while the government unlawfully dictated where we could go or not go, who could work and who could not work, how many we could host in our own homes, who was essential and who was not essential, and how the redistribution of wealth from "Mom and Pop" stores to Big Corporations such as Target, Walmart, and other Big Retailors were unjust and unfair. Why would CoViD-19 spread in "Mom and Pop" stores but not in Targets or Walmarts? Please keep in mind that by October the emergency powers had already expired. Yet government leaders were breaking the law and making up their own new laws. Every voice I heard including that of Daniel Goodwyn's was pure, peaceable, gentle, and easy to be intreated. During this gathering, I reminded everyone about our responsibility to God regarding the assembling with other believers to worship Him. We should fear God and not CoViD. At that time, I led church services at a park in the Sunset District of San Francisco. Mr. Goodwyn and a handful of others from this meeting began to come to these outdoor church services.

From mid-October to the end of 2020, Daniel came to every service and even invited a friend. The purpose of these worship services was to worship God. We did not spend time to criticize our country but to seek positive and peaceful ways to bring our nation back to God by proclaiming the gospel of Jesus Christ. We also reminded one another that we should be able to practice and express our unalienable rights as endowed by our Creator. I have asthma and I know Daniel suffers from autism. It is difficult to breathe through masks. For those suffering from autism, the last thing you would want them to do is to isolate him and make communication even more difficult by covering one's face. We cannot see a person's lip move, nor the full express of their faces. This does not help people who have autism.

There was no law in 2020 that could criminalize a person for not wearing face coverings in public and we knew of no one who got sick or even died because we did not always wear a face covering in public, yet we faced prejudice, verbal abuse, and harassment. Daniel shared with me some of his experience and yet he NEVER expressed any desire to get back at those who had mistreated him.

Daniel was our only guest for Christmas dinner in 2020. Relatives were too scared to come to our house, and they did not feel comfortable inviting us to their home. We were glad Daniel came otherwise Christmas would have been reduced to just being a regular day. We all enjoyed our time with Daniel. My mom was happy to have him as our guest that evening as well as my wife and four children. We felt that in many ways Daniel made our Christmas special.

Daniel is a young man who came to California to spread the love and truth of Jesus Christ. He has worked for an organization called Stop Hate. To stop hate we must lovingly confront evil and called sin, sin, and warn people that sin has consequences. He has encouraged people to be reconciled with God by believing the Bible which commands men and women to turn to Christ. San Francisco does not welcome the truth of the gospel of Christ, yet Daniel is willing to come and speak this truth in love despite not receiving a warm reception. He is a man that I feel comfortable with. He is a man that my wife and children call a friend. Please release Daniel so that he can come back to San Francisco and become a productive resident of this city again. Thank you.

Sincerely,

Radford Wong

Dustin Sharpe

████████████████

5/17/23

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

   I am Dustin Sharpe, I have been employed as a full-time minister and Director of the Denton
Freedom House, located in Aubrey, TX for the last 10 years. My wife and I acted as home group
leaders and head worship leaders for Freedom Church Denton for the past 5 or so years and for
the last 3 years I have been a Deacon of Freedom Church. I know Daniel well, as our families
have been very close for going on 30 years. Our parents are close friends and Daniel's brother,
Chris, has been one of my personal closest friends since the early 2000s. I have followed
Daniel's ministerial involvement and political concern for the past number of years. I say this to
give credence to my knowledge and concern for Daniel's situation.

   Since I have known Daniel he has always been different. He didn't seem to be interested in
things that people his age were interested in. Instead he usually seemed content with growing in
knowledge and understanding and the search for justice. He always had something new that he
was researching, some truth that he wanted to uncover, and oftentimes he would bring things to
the table that were hard for me to deal with. Early on, it was easier for me to turn a blind eye and
basically just hope that what he was uncovering was false, but the more my eyes became opened
to the dark underbelly of the political system, the harder it was for me to ignore his findings.

   The more time I've spent with Daniel the more I've realized that his search for Truth is a
personal, moral requirement based on principle and the Gospel of Jesus. Daniel has an
unwavering focus on uplifting the oppressed and broken; and exposing and bringing to justice
those that are the oppressors. As stalwart and unwavering his approach to justice is, it never
crossed the lines afforded by the U.S. Constitution. Never.

   Among others I have seen anger at the lack of justice in the political system and I have seen
frustration at the seemingly futile attempts to open the eyes of the politically unengaged. I have
even seen disgust at the evil that permeates the greedy and self-serving elite and political classes.
But even during times of real frustration among a large number of people, what I saw practically
from Daniel was a quiet determination to keep pressing forward, to keep preaching Truth, to
keep hoping and believing all things for and toward the good of our nation.

   I have never seen violence from Daniel. Again, never.

I ask now, specifically and confidently that leniency be granted to Daniel Goodwyn. His intentions have always been good. He is not in any way a man deserving of any *continued* punishment. I have stood beside Daniel and his family during the duration of his arrest time in jail, subsequent home confinement, and continued custody under his parents as an adult man, and I can speak directly to the shock and horror it caused the Goodwyn family. They were treated like common criminals. I believe there is still a lingering anxiety in some of Daniel's family members where I plea that you will not further continue punishment.

During the entire duration of Daniel's house arrest, he was able, by special permission, to come to Freedom Church Denton on Sundays. I can say that the Daniel used that time very wisely. He submitted himself to the Lord, he trusted the Lord with his whole heart, and I believe that Truth will prevail with justice. Please grant my friend the opportunity to help others where if you must do anything, please assess only community service. He needs no further watching as he experienced for over two years. God is watching and Daniel knows this. He has a community of friends to watch over him if there is any future time when a decision needs external interpretation beforehand given his autism. He will not intentionally violate the law.

As a final note, I would like to say that I have seen the video of Daniel walking through the Capitol Building. I believe that the assessment of any honest person would reveal a man, subdued and compliant, not resisting, not fighting, not insisting on his own way. A reasonable viewer sees a man who when asked to leave, seems to immediately obey. He knows he was wrong in delaying for some seconds to answer a reporter who police let remain inside.

I would posit that if there is any punishment deserving of his actions, that he has long paid it in the form of prior 21 days' jail time, and years of house arrest and humiliation. Please allow him to serve the community and restart his life.

Sincerely,
Dustin Sharpe

Adrie

5/18/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001
Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

I hope this letter finds you well. My name is Adrienna, and I am a mother as well as a business owner. I am writing to you today regarding Daniel, whom I have known for the past five years. Our connection stems from my political event planning business and our friendship. Daniel has been an integral part of my team, serving as my web designer for two years and assisting me with other projects whenever the need arises.

During the two years we worked together full-time, Daniel and I shared a strong work ethic and collaborated diligently. Our professional relationship evolved into a bond akin to family. We approached our work with great importance, ensuring that we followed all necessary procedures when coordinating events in various cities across the country. It is crucial to emphasize that our endeavors were always carried out in a lawful and safe manner, with the appropriate permits and security measures in place. Violence was never a part of our work; instead, we prioritized the safety and well-being of event attendees and the local communities. This is how I personally know that Daniel would never act to jeopardize any person or property.

In particular, I want to highlight how we supported the lawful process during the events surrounding J6 and how we actively coordinated with law enforcement for the #DemandFreeSpeech movement. Our collaborations with law enforcement were always conducted in good faith, with the aim of ensuring the peaceful and secure execution of the events. We respected the importance and authority law enforcement holds within our cities, consistently working hand-in-hand with them to foster an environment of lawfulness and order. And I know Daniel would never take any action that he thought would endanger anyone. You may not be aware, but given his autism, he sees black and white and he would not stay amidst violence or make any calls for it. He saw peaceful people on January 6th and not what may have been happening elsewhere or else he would have stood against any threats. He would never be part of them.

It is crucial for you to know that I, as well as Daniel, have never displayed any violent tendencies or engaged in any activities against authorities. On the contrary, we have always been compliant, supportive of law and order, and respectful of the legal system. Our commitment to maintaining a peaceful environment is rooted in our core values. Daniel, in particular, has always exhibited a non-violent nature, demonstrating exceptional poise and restraint even in challenging situations, such as being chided for his conservative beliefs. His character is one that embodies respect for authority and a genuine desire to contribute positively to society.

Moreover, I would like to emphasize that Daniel is an esteemed member of our community, embodying numerous commendable traits. It is my humble request that you carefully consider

his future and the impact your decision will have on his life. Please afford him the immediate opportunity to contribute to society, assist others, and continue the meaningful work that has positively influenced so many of us. I kindly implore you to explore community service alternatives to incarceration, taking into account external therapy resources that can concurrently serve his needs. Given his autism and the potential adverse effects a custodial sentence could have on his mental health, I believe it is just and humane to consider his well-being. Daniel's compliance with his release conditions that included over a year of home confinement give weight to my plea that you give him the chance to rebuild his life, focusing on personal growth and reflecting upon the challenges he has faced over the past few years—a period that has undoubtedly taken a toll on him and his family. Please allow him the opportunity to continue helping others while regaining a normal life and consider his atonement over more than two years when his crime was to delay his exit from the building for some seconds while responding to a reporter - when he entered fully in the belief that it was legal.  He is a genuinely good-hearted man who loves Jesus, believes in God's kingdom where he will receive his final judgment for how he lived his life, and will respect the rule of law here on Earth.

Thank you for your time and consideration.

Sincerely,
Adrienna DiCioccio

Rev. Stephanie Holmes

05 / 08 / 2023

May 8, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Honorable Judge Walton,

I am Rev. Stephanie Holmes, and I am a certified autism specialist, and this is how I came to know Daniel Goodwyn. When Daniel lived in a Christian communal setting (San Francisco, CA), the leader of the home suggested Daniel receive some therapeutic work and investigate Asperger's Syndrome/Autism Spectrum as he (Daniel) struggled with interpersonal relationships within the community and sometime at his place of employment. I met with him, and the leader of the Christian community December of 2017 and we would meet a total of 35 times from December of 2017 through July 16, 2019. Most of our meetings were 1 on 1 but occasionally may include a housemate or the leader of the community under which he volunteered and served. While I was in GA and at the time, he in CA, I was unable to do a formal assessment of Autism/Asperger's, but I believe he meets all criteria. I train professionals on how to assess adult autism/Asperger's. I operated at this time as a pastoral type of counselor within his faith beliefs and life coach on working with and understanding the traits of Autism to improve relationships between him and his community. Daniel often struggled to see the impact of his words and actions on others, yet never meant harm or malice. How he stated things and his rigid beliefs and how he communicated rubbed people the wrong way, yet his faith and heart were not doubted by the community in which he lived.

Daniel is very concerned about our country and has deep convictions about freedom of speech. He loves America and would never do anything to threaten the security of America. Daniel is passionate and feels deep conviction to share his faith and bring unity among Christian faiths. Daniel is passionate about Israel and speaking out against antisemitism. When he lived in San Francisco area he was very rooted in his community and involved in volunteering with I 💙 SF, Jews for Jesus, and various degrees of missions work locally and abroad. Because of his deep faith convictions and his neurological wiring there is a deep conviction of right and wrong and keeping to the 10 commandments and being authentic in his faith. Daniel is a man of deep conviction but never sought violence. Those I spoke with who knew and lived with him stated him to be a person of integrity and honesty even though they struggled with him inter-relationally. They spoke of his character and convictions. The struggle was social.

*SeH*

I am asking for leniency because Daniel is not a threat. As I have been following the case, it was important for me to know if he was affiliated with the Proud Boys (because I personally do not agree with the methods of the PB), before agreeing to write this letter, and he said he is not. He does not lie, so I believe him.  He is not violent; he did not steal or vandalize by participating in the events of January 6th. I am asking for leniency and ask your consideration to not place Daniel in prison. Let him help others, receive therapy to increase social and executive functions skills, resume life and a career as the non-violent person he has always been. There are many coaches and providers now who work with adult Autism/Asperger's in both Texas and California, and I suggest he work with someone locally, if possible, to help him understand more about his neurological wiring and improvement in interpersonal skills and cause and effect and impact versus intentions. While there have been high profile cases of some on the spectrum breaking the law, these incidents are rare, and it is more likely for someone on the spectrum to be a victim of crime or violence than to commit violence or crime.

While I have not spoken with him about this recently, his heart and passion were for the city of San Francisco which is why he moved out there from Texas and saw himself settling there. He loves America and values freedom of speech that he felt convicted to speak out about. In watching the video provided to me, he was in the building for under a minute and did not harm anyone, did not vandalize, did not steal and when asked to leave, left immediately, which the video shows. While I do not share entirely the same political convictions and beliefs of Daniel Goodwyn, he should not be punished for his beliefs and convictions. Please consider leniency and allow him to resume life as an American citizen that loves America and encourage him to seek help to better under his Autism/Asperger's and its impact on him and others. I would be happy to put together a list of those who are qualified to help as my coaching practice is full.


Sincerely,

*Dr. Stephanie C. Holmes*    05 / 08 / 2023

Rev. Stephanie Holmes
Autism Coach
Certified Autism Specialist

**Paul A. Jurek, Ph.D. LPC-S, LMFT-S**

████████████████████

**Denton, Texas 76201**

████████████

May 9, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

I am Paul A. Jurek, Ph.D., a licensed therapist in private practice in Denton, Texas. I specialize in the assessment and treatment of Autism and ADHD. I have been practicing for 43 years. Daniel Goodwyn was assessed by me, October 19, 2021, and was diagnosed with Autism Spectrum Disorder. As a result of this disorder, he has difficulty processing and responding to complex social cues and non-written rules. He has been seen by me in continuous psychotherapy with the goal of improving his social interactions, communication, building self-control, regulating his emotions and becoming more flexible in his thinking. Mr. Goodwyn is motivated for treatment and has made significant progress these past 19 months.

In working with Mr. Goodwyn, I have been able to assess his personality. I have found him to be hard-working, sincere, honest and attentive to detail. Mr. Goodwyn values family ideals and is empathetic as he considers the needs of his fellow man. He is nonviolent and does not pose a threat to society.

I recommend to the court leniency in his sentencing. Please, allow him to continue his therapy, resume his life, without home confinement, and be allowed to return to his established home in California.

Sincerely,

Paul A. Jurek, Ph.D.

Forrest Brown Davis III

████████████████████████████
████████████████████████████

Date: 05/04/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,


    I am Forrest Davis, and I am real estate professional in Texas.  I have known Daniel from a
year long friendship, where we have gone to social events, such as dinners, game nights, and
networking events, as well as spent time one-on-one in friendly fellowship, all within the DFW,
Texas area.

    As a real estate professional, I spend much time in public, conversing with many people, and
consequently, attesting to their character as I come in contact with them. Through these
professional skills, I have developed the aptitude be able to recognize admirable traits in a
person's character, and Daniel exemplifies these virtuous traits. Throughout the entirety of my
interaction with Daniel, he has always a trustworthy confidant who continuously seeks to be
sincere in his relationships and a pursuer if truth in all regards. I am honored to call him a close
friend.

    Your Honor, I plead that you may be lenient in your sentencing of Daniel. Not only has
Daniel presented himself to the public with exemplary behavior, he has been diligently obedient
to all of the restrictions that have been placed upon him thus far. These restrictions would
include his one-year period of home confinement, as well as the continuous location monitoring
within the Northern and Eastern districts of Texas, which prohibits him from being able to
reestablish life in California. Your honor, I appeal to you that you may take into consideration
Daniel's upright moral character, and his pattern of good compliance with the previous
conditions placed before him, in light of your sentencing.

                                        Sincerely,  Forrest Brown Davis III

Benjamin J. Frisby

05/14/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Daniel Goodwyn's Sentencing, Case 1:21-cr-153

Dear Judge Walton,

I am Benjamin Frisby, a fellow videographer, journalist and political activist. I've known Daniel from his online activity and I personally had the chance to meet and spend time working together in November 2020. He's a very talented web designer and a humanitarian.

In San Francisco, Daniel practiced Christianity and spreading the gospel. It was his mission to help people in need and give them the good news about the Lord. He was never violent, but never afraid to stand up for what is right.

He is a good person in everything he does. I've seen Daniel give homeless people the shirt off his back, the change in his pocket, and help them any way that he could. Daniel has always been straightforward and a very good man with many unique talents that can help make the world a better place. He's doing what he believes is right when he engages with people and in activities. He is not of the character to deliberately break the law. It would be a tragedy to put him in the prison system. I beg you Judge Walton, Daniel has a great support system and many friends who would be more than happy to help him. I hope that if counseling and therapy for Daniel are in order, that he can do it as a free man in a medical community that has the skills and programs not available in prison.

I understand he was under home confinement and location monitoring for a year, and not able to reestablish in California. Please Judge Walton, let him help others, receive therapy as needed, and resume life as the good person he always has been. He has helped me grow into a better person and I frequently come to him for religious advice. Thank you for your time Judge Walton.

Sincerely,
Benjamin J. Frisby



Ellen Zhou

May 17, 2023

Re: Daniel Goodwyn, Case 1:21-cr-153

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Oppose Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

My name is Ellen Zhou and I am a Family Social Worker. I am a resident from San Francisco. I know Daniel Goodwyn.in 2019 and we have been doing many events to help otherpeople. We worked on community projects to improve our community in San Francisco.

Daniel is a kind, loving and caring young man. He did everything for the goodness of other people. We need him back in the community continue to do good projects for other people.

There is no benefit for any one if Daniel is in prison. Please allow him to be free and let him help others. He needs therapy to help him going through such hardship experience for the January 6, 2021 event. Daniel needs support and understand from you as a fair and just Judge. Free him and let him to re-start his positive life.

Thank you and may God bless America, return to righteousness.

Sincerely;

Ellen Zhou
San Francisco, California

Giovanny Thompson

████████

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1;21-cr-153

Dear Judge Walton,

I am Giovanny Thompson, I am a video editor and graphic designer from Houston, Texas.
I know Daniel from working with him on a website for a former congressional candidate and a
media company that held political events. I have known Daniel for approximately 4 years now
and have met him three times in person over those years. I have been in communication with
Daniel over the course of the four years that I have known him.

I have never known Daniel to be a violent person or uncompassionate. He is extremely sincere
and an honorable man. He has always been very vocal about his beliefs but never a threat to
any person including himself. Daniel has always seemed like a perfectly normal guy to me and I
regret learning about the circumstances he is facing. I did not know he suffered from Autism
during our interactions over the years.

I plea that the judge show leniency in the sentencing and not send Daniel to prison. Those of us
that deeply care about his well-being think he should be allowed to resume life helping others
and paying the fines accumulated during his case because he is not a threat.  I hope that the
judge will consider these kind words and take them into account when sentencing Daniel.


Sincerely,


Giovanny Thompson

*GIOVANNY THOMPSON*

Dylan Sharpe

████████████████

████████████████

May 17th, 2023

United States District Court for the District of Columbia

Attention: Honorable Judge Reggie Walton

E. Prettyman Courthouse

Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton:

Your Honor,

I am Dylan Sharpe, I am a chef in Dallas. My wife is Hadley Sharpe, she is an Educator with a degree in Human Development.

I have known Daniel for more than 20 years, and my wife has known him for 8 years. He is a man of strong character who loves the Lord and who seeks to serve others. Daniel spent the last 10 years of his life in California working for various ministries to share the Gospel of Peace with the lost.

One of Daniels greatest strengths is his boldness of faith and foundation of principles. Some would say that his boldness can be attributed to his Autism Spectrum Disorder, but I would argue that it is a blessing from our Father in Heaven who gives us the strength to overcome great anxiety and dismay. I have heard of others with such faith — namely Daniel of the court of Babylon — who were steadfast in withstanding bold accusations from the governments and noblemen. Mordecai was one such man, and the Lord made him great because of his faith in the face of trial. Joseph also, who was convicted by the Royal Guard was given great honor and glory because of his character in the face of condemnation.

Praise the Lord for Daniel and the King he worships; Creator of the Earth and the Heavens. Please show good mercy for the sake of Daniel and his loved ones, who have dealt with much stress and struggle already because of these charges against him. For the sake of God who loves the souls of Daniel and of yourself, Honorable Judge Walton, please be kind and relaxed in your sentencing. Please be compassionate, gracious, and slow to anger, as our Holy Father is.

Amen,

Dylan Sharpe and Hadley Sharpe.

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

My name is Daniel Piers, and I manage a data analytics team at Uber in Seattle, Washington. I have known Daniel Goodwyn since we were children. I went on months-long road trips with him and other friends when we were teenagers. I lived with him for 2.5 years in San Francisco.

I received a diagnosis of Level 1 Autism Spectrum Disorder (ASD)  after a neuropsychological assessment performed by Dr. Kelly Cornett (PsyD, CBIS) in Seattle, Washington in May of 2021. Over the years, our friend group had speculated whether I might be autistic, but we all believed that Goodwyn was on the spectrum. As an autistic person who has known him for most of his life and spent extensive time with him, I believe he would likely receive a Level 2 ASD diagnosis if subjected to a formal evaluation.

His stubbornness, inflexible thinking, and difficulties understanding socially appropriate behavior have caused issues for him over the years, but I have never known Goodwyn to utilize violence to promote the causes he supports. He is very passionate about his beliefs and earnestly believes prayer is a more effective mechanism for change than violence.

It's obscene to me that Goodwyn has been subjected to weeks of solitary confinement and an extended period of house arrest when his ultimate crime was walking in and out of the Capitol. Meanwhile former President Donald J. Trump directly incited the crowd to storm the Capitol and has faced zero repercussions.

I struggle to reconcile the fairness of their situations relative to their respective contributions to the chaos on that day, but I trust that your sentencing will be fair and just.


Sincerely,
Daniel Piers

David Vincent



5/8/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

I am David Vincent. I reconnected with Daniel through our church membership and initially met him when travelling the US back in 2007, before I became a US Citizen. My wife and I have known Daniel and his family since that time (approximately 16 years). My wife and I have been friends with the Goodwyn family for about the same amount of time – she was best friends with Daniel's sister, Laura. Daniel and I have enjoyed friendship with one another over the years as well. Daniel and I attend the same church and he occasionally joins us for social gatherings in our home.

Ever since I've known Daniel, he has actively pursued justice and truth. He has often been on the front lines with causes to bring about positive change in the communities he has been a part of. I've often looked up to him for his unconventional and at times sacrificial lifestyle. I have never found Daniel to be hot-tempered, foul-mouthed or untruthful. I have never seen him lift a finger to hurt anyone or encourage others to perform any sort of unlawful conduct.

Despite being a man of conviction, he always conducts himself honestly and seeks to live at peace with the people around him. He is diligent, thoughtful and intelligent. I enjoy having him around.

I pray that Daniel would be treated with respect and honor, as he shows to others and not be detained or placed in prison on account of the violent actions of others. There is a place for peaceful protest in community and we saw with BLM how protests became riots much more violent in nature, albeit with similar convictions (underrepresentation, injustice etc.), however I have not seen any trials of this magnitude held for any of those involved. I believe Daniel found himself in a place he didn't expect to be in with J6. I believe his involvement stemmed out of a position of concern for this country's freedoms, that any American should be willing to defend, one of these elements being a free and fair election. The movement, to my knowledge, saw no other means to protest.

I have spoken with Daniel specifically with regard to the J6 movement. He did not have nefarious motives, simply wanted to be an advocate for freedom in this Country. I personally do not shun him from my life on account of his social, political involvements. We are all entitled to our 1st Amendment rights. He should be given the opportunity to reintegrate into community, let his family heal, return to an orderly life and to learn and move on from this chapter of his life, so that he can continue to be the valuable member of society that he is.

Sincerely,

David Vincent

Andrea Waliszewski



May 19, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

I met Daniel 5-6 years ago in San Francisco at a networking mixer. He and I developed a friendship which has remained to this day. I am a lifelong resident of the San Francisco Bay Area and I work in real estate. I'd like to think that I'm a good judge of character as I have met many different types of people and personalities over the years, living in such a diverse part of the country.

What always struck me about Daniel was how principled he is and how his strong Christian faith informed his ethics and values. Daniel is a bit younger than me, and it has been such a pleasure getting to know him as I didn't think young men like him with strong ethics and values existed anymore in this day and age. He didn't seem to have the jaded quality that so many young men seem to exhibit nowadays and really seemed optimistic and believed in the good and in positive outcomes prevailing.

I got a sense through our friendship that his relationship with God was highly important to him. I welcomed conversations with him about his strong faith and morality. I found him to be measured in his approach to all things and to have a good heart. He cares deeply about people and really wants to do right and help others.

I was incredibly surprised to learn that Daniel had been charged for going to DC and entering the Capitol. I wasn't there that day, but I simply cannot fathom Daniel taking an action or being involved in something that would lead to him going to prison. In fact, I would say that going to prison would not be appropriate. Due to his altruistic nature, something more along the lines of helping people through community service and/or therapy would be more appropriate for the type of person who Daniel is.

I also think he has already done a great deal being on home confinement, location monitoring and being unable to return to San Francisco, a city that I know Daniel loves deeply.

Daniel is a good, idealistic young man with strong morals and his belief in the good can be utilized to make his community stronger and better.

Sincerely,

Andrea Waliszewski

James Kusuma



05/16/2023

United States District Court for the DIstrict of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 2001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

    We are James and Elizabeth Kusuma and we are residents of Denton county, TX. We met Daniel about 3 years ago when he started coming to our church with his parents.

    We had the opportunity to spend time with him along with our family. He is a person who always cared about others, is soft spoken, paid attention to detail and focused on truth. He is never violent. He is a member of our church community and is always respectful towards others. He is a bit reserved.  We were able to spend time with him both at church and at his home. We always enjoyed a good conversation and his company. Recently we enjoyed bonding over raising and taking care of chickens.

    We request you, Judge, to please consider this testament of character about Daniel and grant him leniency.  Please send him home to his parents so that he can continue his therapy for autism and continue leading his life as a good and helpful person. He has already been in home confinement for a long time until recently and now he would love to reestablish his life in California, a place that he loves with all his heart and wants to be involved in serving the community there.

Sincerely,

*James K*
*Elizabeth*

Myles Joe Mendes

███████████████

5/16/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,


I am Myles Mendes, a music director at Hope Fellowship church, a music teacher at NAMS, a commercial/film music producer, and touring artist. I met Daniel at an after school church meet up for highschoolers in 2005.

I have always known Daniel to be a very intelligent and devout Christian. Daniel is not a one-track minded person as religious people are often observed to be. He has helped my brother and I out on a non religious music video that promotes positivity of diversity in race, alternative culture, and gender. His participation and appearance in the music video promotes his belief in "Love thy neighbor". You can view the music video on youtube by typing in, Nite Hallelujah (Your Ego is Gone).

Please have leniency over Daniel that he may not serve time in prison. I believe Daniel is someone who can improve through therapy and who needs to be surrounded by people who can mentor him. He has an amazing talent in programming and creating apps for phones. I'd love to see him continue to create and add more positivity to this world.

Sincerely,

Keith Burton Hall, Jr.

███████████████████

Date: May 20, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Watson,

My name is Keith Burton Hall, Jr. and I am the teacher of record for 7th grade English and Science at Irvine Intermediate School, in the Garden Grove Unified School District.  I have been teaching for over twenty years in the state of California.  I have known Daniel since 2011.  We have been friends for that time, and we have lived together and had many shared experiences.

On many occasions I have witnessed Daniel go out of his way to work with youth in the San Francisco community and within his sphere of influence.  Daniel is a person of outstanding moral character.  Daniel was never violent and actually had a gentle countenance and demeanor about him.  On several occasions, I have seen Daniel work with youth and others with integrity and faithfulness.  Daniel worked hard with computers and graphic design and paid his bills on time.  In all of my dealings with him I recall him demonstrating integrity and having a calmness.

I have witnessed him generously donate his time and resources; often doing volunteer work for the church in areas of community outreach, youth ministry and church development.  Daniel has worked faithfully and consistently in the San Francisco Bay Area.  In addition, I can personally speak to the fact that Daniel is also a devoted, loving, gracious, and faithful son, citizen and friend.

I would ask for leniency in regard to my young friend Daniel.  Please, I beg of you, to not place Daniel in prison.  I know that he is on the spectrum and will suffer there.  Please allow him to continue to work with others in his community, continue his therapy, and continue his civilian life in like manner, as a good young man.  I realize he has already served time in home confinement and location monitoring.  Please, I call for mercy and understanding, in regards to my good friend Daniel.

Sincerely,

*Keith Burton Hall Jr.*

Keith Burton Hall, Jr.



David Sumrall

May 19 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

I am David Sumrall, founder of StopHate.com, Executive Producer of "Righting History: The Journalistic Battle of January 6th" and "Bloody Hill" documentaries, author/co-author of articles on January 6th, including the "5 Deaths of January 6th" article, and a licensed private investigator/ subject matter expert of January 6th and January 6th video footage. I detail these credentials as they are and have been my roles in the pursuit of truth before and after January 6th, 2021. My Stop Hate Investigative Team, that included Daniel Goodwyn, went to Washington D.C. for January 6th to document, and record that historic day in what we believed to be a constitutionally protected right of American citizens to "peacefully and patriotically" "redress their government" and exercise their 1st Amendment rights.

I first met Daniel in 2019 in San Francisco at a Free Speech event. Daniel was working with a local ministry at that time. I was immediately impressed by Daniel's integrity and his exceptional skills, so we began working together. Daniel has been a part of our Stop Hate team years before and after January 6th (to include during his house arrest time). He is proven himself to be a trustworthy and capable team member in maintaining our social media accounts and website updates under my direction. Daniel is exceptionally detailed oriented (in part due to his autism) and has always been positive, peaceful, and persistent in details in getting things right.

As a member of our Stop Hate team, Daniel has also worked well and collaboratively, especially on our important articles, as Tayler Hansen, Tamara Leigh, and others can confirm.

We beseech the Court for compassion and leniency in Daniel's case. Daniel has dutifully obeyed the terms of his pre-sentencing requirements and has demonstrated he is to be trusted in respecting the Courts and our judicial process. Incarcerating Daniel into a prison system, given his special needs, in my humble opinion, crosses the threshold of justice served to cruel punishment. Daniel's actions around January 6th were in no way motivated by ill-intent or a desire to cause any harm to any persons or property. In fact, they were the opposite and Daniel would like nothing better than to have this challenging time behind him and resume his life as a peaceful, law-abiding citizen.

Sincerely,

Tayler Hansen

David Sumrall

Kelly Moore

Tamara Leigh

Christopher Goodwyn

████████████████

13 May 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Reggie Walton
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Sentencing Re: Daniel Goodwyn, Case 1:21-cr-153

Dear Judge Walton,

Hello, my name is Christopher Goodwyn, and I am Daniel Goodwyn's older brother. Having known Daniel his entire life, I can confidently attest to his good character. Even before Daniel devoted himself to a life of service through various church and ministry-related affiliations, he was always a seeker of truth and a champion for the defenseless.

Daniel has personally taken part in outreach programs aimed at helping marginal communities, particularly in San Francisco and the Bay Area of California. Despite being a highly intelligent and capable person, Daniel has consistently prioritized service and activism over financial gain, demonstrating his deep commitment to selflessly helping others.

Daniel's commitment to help others has caused him to cross paths with violent persons who in several cases have assaulted him, yet on no occasion has Daniel himself resorted to violence, even in his own defense.

I am proud to say that Daniel is a person of great integrity, compassion, and dedication, and I have no doubt that he will continue to make a positive impact in the world.

I plead for your leniency in this case. I ask that you would not sentence Daniel to any time in prison. Daniel is ready to continue his life of outreach in San Francisco, and dedicated to continuing therapy. Daniel's period of home confinement and time of confinement to the counties around Dallas Texas has kept him from being in San Francisco, where he believes he is called to be.

Sincerely,