UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Defendant's Motion for Leave of Court to Extend Time to File, ECF No. 104, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion for Leave of Court to Extend Time to File, ECF No. 104, is **GRANTED**. It is further

**ORDERED** that, on or before May 23, 2023, the defendant shall file his sentencing memorandum.

**SO ORDERED** this 23rd day of May, 2023.

_____
REGGIE B. WALTON
United States District Court Judge