# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 1:21-cr-00153 (RBW)
)
Daniel Goodwyn )

## NOTICE OF APPEAL

Name and address of appellant:

Daniel Goodwyn
2408 Creekwood Street
Corinth, Texas 76210

Name and address of appellant's attorney:

Carolyn Stewart
Stewart Country Law PA
1204 Swilley Rd
Plant City, FL 33567

Offense:  18 U.S.C. Section 1752(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

Judgment order entered June 16, 2023 ECF No. 108, with Special Condition of
Supervised Release for Computer Monitoring/Search. The transcript provides that
computer monitoring/searches using installed devices and software will be by the
Probation Office to see if Appellant uses speech containing "disinformation."

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

06/30/2023

DATE

Daniel Goodwyn

APPELLANT

Carolyn Stewart

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE  ✔

Does counsel wish to appear on appeal?  YES ✔  NO

Has counsel ordered transcripts?  YES ✔  NO

Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ✔  NO