1    IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLUMBIA

2

3    UNITED STATES OF AMERICA,
                                     Criminal Action
4           Plaintiff,              No. 1:  21-153

5        vs.                         Washington, DC
                                     June 6, 2023
6    DANIEL GOODWYN,
                                     2:00 p.m.
7           Defendant.
     _____/

8

9              TRANSCRIPT OF SENTENCING
        BEFORE THE HONORABLE REGGIE B. WALTON
10           UNITED STATES DISTRICT JUDGE

11

   APPEARANCES:

12

   For the Plaintiff:       ANDREW HAAG
13                          USAO
                            Criminal Division
14                          601 D Street NW
                            Washington, DC 20530
15

16   For the Defendant:     Carolyn Stewart
                            1204 Swilley Road
17                          Plant City, FL 33567

18

19

20

21

   Court Reporter:          SHERRY LINDSAY
22                          Official Court Reporter
                            U.S. District & Bankruptcy Courts
23                          333 Constitution Avenue, NW
                            Room 6710
24                          Washington, DC 20001

25

1                    P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  This is criminal matter

3    21-153, United States of America versus Daniel Goodwyn.  On

4    behalf of probation, we have Jessica Reichler.

5              May I have counsel approach the lectern and state

6    your appearance, beginning with the government.

7              MR. HAAG:  Good afternoon, Your Honor, Andrew Haag

8    for the United States.

9              THE COURT:  Good afternoon.

10             MS. STEWART:  Good afternoon, Your Honor.  Carolyn

11   Stewart for Daniel Goodwyn.

12             THE COURT:  Good afternoon.  Okay.  I took this

13   matter under consideration and gave a considerable amount of

14   thought on what was the appropriate thing to do in this case

15   and, ultimately, had to look at what occurred here and assess

16   what the appropriate sanction should be.  And first of all, the

17   defendant, as unfortunately as so many other of our fellow

18   Americans has accepted the false impression based upon

19   information that has been disseminated about the 2020

20   presidential election that somehow it was stolen.  And there is

21   just no proof whatsoever that that was, in fact, the case.  To

22   the extent that there may be some or may have been some

23   irregularities in the electoral process, there has been no

24   indication that those irregularities had any impact on the

25   ultimate outcome of the election.

1    There have been over 60 lawsuits that were brought

2  seeking to challenge the electoral result.  None of them have

3  been successful.  And judges from all aspects of the bench have

4  made that conclusion.  And as with so many other Americans, the

5  defendant accepted the false conclusion that the election had

6  been somehow stolen.  And there is no evidence that I have

7  heard that establishes a nexus between him having reached that

8  conclusion and his problem or situation with autism.

9    The defendant with the intention to protest the

10  election results, traveled all of the way across the country to

11  come here as he had a right to do.  And it is the American way

12  to protest peacefully, when protest is thought to be

13  appropriate.  But here, the protest became more than just the

14  peaceful protest in opposition to something that the American

15  citizenry -- at least some disapprove with.  While I can't say

16  to what extent the defendant is associated with the Proud Boys,

17  he clearly online did make statements indicating an association

18  with them and that he made the same statement that the former

19  president made when referencing the Proud Boys indicating stand

20  back and stand by.

21    And, again, there is no evidence that I have heard

22  regarding his autism that would establish a nexus between him

23  having made that statement and the autism from which he

24  suffers.  And he, after listening to apparently the former

25  president make his statements at his rally -- he then comes

1   down to the vicinity of the Capitol with a bullhorn.  He then

2   is exulting other rioters to find their way into the Capitol.

3   And counsel represents that he needs a clear

4   indication of something in order for him to appreciate what is

5   being expected or what is being denied.  And here, according to

6   the evidence that the government showed when he was on the

7   bullhorn, he made statements to the effect that a critical mass

8   was needed in order to accomplish the objective of impeding the

9   certification of the presidential election at a time when it

10  seems clear to me that he would have seen a larger number of

11  police officers who were, in fact, impeding the ability of

12  people to gain access to the Capitol.  And that statement, it

13  seems to me, is inconsistent with the suggestion that he had no

14  appreciation that he and others who were a part of the group

15  were not welcome inside of the Capitol.

16  And, again, there is nothing that would indicate that

17  his autism impacted on his perception in that regard.  The

18  defendant after he entered a plea of guilty, within several

19  months, then appears on the Tucker Carlson show.  And,

20  unfortunately, Mr. Carlson has been a lightning rod and he has

21  said and done things that I think clearly have been divisive.

22  And he, obviously, had an objective in the show that he had

23  when the defendant appeared on that show.  And that was to give

24  the impression that individuals who have been charged in

25  reference to the events on January 6th of '21 have been treated

1   unfairly.  And I see no evidence that, in fact, was the case.

2        But he sought to try and minimize, not only the

3   conduct of the defendant, but the conduct of others who have

4   been prosecuted as a result of what took place on that day.

5   And counsel suggests that the defendant did not have the

6   opportunity to correct the record.  But he made no attempt to

7   correct the record.  And when Carlson suggested that all the

8   defendant did was go into the Capitol and walk around for less

9   than a minute and leave, that just wasn't correct.

10        And that misinformation that is disseminated to the

11   American public has contributed to the discord that now exists

12   in our country in reference to the presidential election and

13   what occurred on January 6th.  And there are people who are

14   proclaiming that the individuals who have been prosecuted, who

15   are being detained as a result of that are being held as

16   political prisoners.  And there is just nothing that supports

17   that proposition.

18        But, nonetheless, it is something that parts of the

19   media have sought to portray.  And as a result of that have, in

20   fact, continued to stir up the anger that people have resulting

21   from the misinformation that has been disseminated to the

22   American public about the events that took place on January 6th

23   of '21.

24        And the defendant did not mention the fact that he

25   was on the bullhorn encouraging people to breach the Capitol,

1     which clearly he did when he made his statements.  And he did

2     not relate the fact that when he got to the door.  And it was

3     clear to me from the evidence that the government submitted,

4     the videos, that when he was at the door, it is clear,

5     considering what took place immediately thereafter, that the

6     police officer who had directed his attention to the defendant,

7     for whatever reason, was saying to the defendant that he could

8     not enter the Capitol.  Because as soon as the defendant

9     entered the Capitol, the officer went immediately after him

10    having previously been in contact with him and sought to try

11    and -- the evidence would show have him leave the Capitol.

12          The defendant sought to avoid him.  And then when the

13    officer came back in contact with him, again, the defendant had

14    the audacity to call the officer an oath breaker, which clearly

15    was, in my view, an inappropriate statement to make to a police

16    officer who was doing nothing other than carrying out his

17    official duties to protect the Capitol and to protect those at

18    the Capitol he has an obligation to protect.  And, again, there

19    is just no evidence whatsoever in the record that would suggest

20    that the defendant's autism caused him to either get on the

21    bullhorn and say the things that he did or to make that

22    inappropriate statement to that police officer.

23          And all of that, obviously, causes me very

24    significant concern, because the argument that has been made is

25    that his autism should be reason for the Court to basically

1    overlook what he did and not impose any punishment as a result

2    of the conduct that he engaged in.  And, again, there is just

3    no evidence that would support that was the case.  And the

4    defendant, even as of yesterday, still points out his concern

5    about allegedly individuals who were purportedly assaulted by

6    the police, and according to him, have died as a result of

7    those encounters.

8           I have seen no evidence that would indicate to me --

9    and I have seen hours and hours of the videos of what took

10   place that day.  I have seen nothing that would indicate that

11   the police did anything that would indicate they were acting

12   excessively.  The police were under assault.  Several police

13   officers, because of the violent nature of what they

14   experienced have committed suicide, another officer who died as

15   a result of the trauma he experienced as a result of that.

16          And the defendant's concern has been in reference to

17   these individuals who allegedly had a demise as a result of

18   their encounter with law enforcement.  Well, those individuals

19   put themselves in that position.  All the officers were doing

20   was carrying out their official duty trying to protect the

21   Capitol from those individuals.  So to the extent that there

22   were, in fact, individuals who were injured who allegedly died

23   as a result of their injuries -- which I don't know about other

24   than Ms. Babbitt, who is the only person I am familiar with who

25   suffered injuries and died as a result of that.  Again, he

1    associates himself with these individuals who were engaged in

2    wrongdoing as compared to the officers who were merely

3    performing their official duty.

4         And, again, that would suggest to me that despite

5    counsel's representations about him being contrite about what

6    he did and his representations about that, that just rings

7    hollow considering those sympathies that he has towards those

8    who created the problem as compared to those who were

9    performing their official duty.

10        And all of that -- and, again, there is nothing that

11   I have heard in the evidence that has been presented to me that

12   shows a nexus between his autism and his perspective about

13   these individuals and their alleged injuries and demise as

14   compared to what happened to the police officers.

15        So having reached all of those conclusions, I just

16   don't see how I can conclude that he should be treated any

17   differently because of his autism as compared to other

18   individuals who engage in similar conduct.  And I deemed it

19   appropriate on several occasions to impose something less than

20   a prison sentence on individuals who merely went into the

21   Capitol, did not do any damage to the Capitol and did not

22   engage in assaultive behavior.  Under those circumstances, I

23   thought that while I don't in any way condone what they did

24   because they contributed to the mob mentality that resulted in

25   what occurred on January 6th, I nonetheless felt under those

1   circumstances those individuals were entitled to a probationary

2   sentence as compared to a period of detention.  For those

3   individuals who have done more, I felt that that wasn't

4   appropriate.  And that includes not only what occurred on that

5   day, but things that they did thereafter.

6          And, clearly, one of the problems that we are

7   suffering as a country as it relates to the 2020 election and

8   the events that occurred on January 6th is this information

9   that continues to be disseminated to the American public.  And

10   as a result of that, is creating the dissension that exists in

11   America and that is just not good for the future of our

12   country.

13          And the defendant contributed to that by what he did

14   and what he said and didn't do when he appeared on the Tucker

15   Carlson show, because that misinformation that he contributed

16   to, in my view, contributes to what we are still experiencing

17   as a result of what occurred on January 6th of 2021.  And

18   absent, again, my conclusion that anything has been shown that

19   his autism should cause him to be treated differently than

20   other individuals, it is my conclusion that a period of

21   detention is therefore appropriate.

22          And then, obviously, the question becomes what is the

23   appropriate amount of time.  He has already apparently served

24   21 days.  And he should be given credit, obviously, for that.

25   But it is my conclusion that a period of detention for

1   punishment purposes, which is an appropriate factor to consider

2   is appropriate.  Also I think it is important that deterrence,

3   both specific and general, be a part of any sentence.  And I

4   would hope that individuals in the future would appreciate that

5   if they are going to engage in the type of inappropriate

6   behavior that occurred on January 6th that there are going to

7   be consequences.  And those consequences are going to result in

8   their freedom being denied, at least for some period of time,

9   with the hope that will cause individuals not to engage in this

10  type of behavior again.  And will send a message to others

11  discouraging them from engaging in such behavior.

12          I don't know if there is anything -- there would not

13  appear to be anything that would need to be done to provide him

14  with the skills and the coping mechanisms to not involve

15  himself in anything of this nature.  But I don't know if that

16  is true or not.  But I don't think that is really a significant

17  factor to consider.  Considering the types of sentences

18  available to me -- obviously, there are a lot of different

19  options.  But it has been my position in these cases and the

20  seriousness of these cases and what it has done to our country

21  that a sentence of something less than detention, absent those

22  situations that I explained earlier where someone just went

23  into the Capitol and did not do any damage and did not assault

24  individuals, that those alternative sentences are not an

25  appropriate sentence to impose in this case.  And I have

1    considered other individuals who have engaged in similar

2    conduct and what type of sentence they have received to avoid

3    not giving a sentence that is inappropriate -- different from

4    sentences given to other individuals who engaged in similar

5    conduct.  It is my view, again, that a period of detention is

6    appropriate.  And I would conclude that defendant should be

7    detained for a period of 60 days with credit for any time he

8    has already served.

9         I also would require he serve on supervised release

10    for a period of one year.  And that while he is on supervised

11    release, he cannot be rearrested for any reason whatsoever.

12    While he is on release for any offense, he also must fully

13    cooperate with his probation officer, which means he has to

14    meet with that person each and every time he is told to.  Also

15    there is no indication of drug use, but he cannot possess or

16    use illegal drugs.  He will have to be tested as required at

17    least once within 16 days of his release from his jail sentence

18    to see if he is using drugs.  And he also has to provide a

19    sample of his DNA so see if he is involved in further crime

20    that can be used to identify him.

21         I would, consistent with the parties' agreement,

22    require that he pay $500 in restitution.  The probation

23    department has done an assessment of his financial situation.

24    And while I in no way condone the fundraising that he engaged

25    in, it appears that he does not have the money to pay the fine.

1     And, therefore, I would impose a fine, but not the amount that

2     is being requested.  I would impose a fine in the amount of

3     $2,500.

4          Also, I would require that he participate in mental

5     health treatment, if that is deemed to be necessary and that he

6     remain in that treatment until it is no longer felt to be

7     necessary by the probation department.  Also until he has

8     satisfied his financial obligations to the Court that he

9     provide any financial information to the probation office that

10    is requested and that he not create any new financial

11    obligations by way of credit obligations until those amounts

12    are paid or he gets authorization to do that from the probation

13    department.

14          I also would impose a restriction that he not possess

15    any firearms or any other dangerous weapons while he is on

16    supervised release and that he maintain employment, if he is

17    able to do so while he is under supervision.

18          And since he has used social media in order to

19    provide what I consider to be disinformation about this

20    situation, I would require that he permit his computer use to

21    be subject to monitoring and inspection by the probation

22    department to see if he is, in fact, disseminating information

23    of the nature that relates to the events that resulted in what

24    occurred on January 6th of 2021.

25          The restitution is to be paid to the Architect of the

1    Capitol.  And those payments are to be made to the Court.  And

2    the Clerk's Office will then forward that money to the

3    architect.  I will also authorize the release of the

4    presentence report to the appropriate entities who need it in

5    order to carry out the orders of the Court.

6              The defendant does have a right to appeal his

7    conviction and his sentence to the Court of Appeals.  If he

8    cannot afford to pay for a lawyer to represent him on appeal or

9    if he cannot afford to pay for the papers to be filed with that

10   Court to let the Court know he wants to appeal, those expenses

11   will be paid free of charge by the government.

12             Probation, anything else?

13             MS. REICHLER:  Nothing additional at this time, Your

14   Honor.  Thank you.

15             THE COURT:  Anything else from the government?

16             MR. HAAG:  Your Honor, at this time, the defendant

17   having been sentenced, the government moves to dismiss the

18   remaining four counts of the indictment.

19             THE COURT:  Very well.  That motion is granted.

20             Anything else from the defense?

21             MS. STEWART:  Yes, Your Honor.  Since you have

22   determined that he should have --

23             THE COURT:  I will permit him to self report.

24             MS. STEWART:  Excuse me, sir?

25             THE COURT:  I will permit him to self report to the

1   facility where he is designated to serve his jail sentence.

2          MS. STEWART:  All right.  So self reporting.  And

3   also I would ask that you notate to the Bureau of Prisons his

4   request for minimum security, which would be a prison camp at

5   Bastrop, Texas, B-A-S-T-R-O-P.  And if that is not available,

6   second choice of El Reno; E-L, second word, R-E-N-O.  That is

7   in Oklahoma and also a minimum security camp.  But the request

8   is for minimum security imprisonment, Your Honor.

9          THE COURT:  I will recommend that he be permitted to

10  serve a sentence at a location as close to his family as

11  possible.  But I will leave it to the Bureau of Prisons to make

12  an assessment as to what his level of detention should be.

13         MS. STEWART:  Your Honor, in other cases it is

14  allowable.  I request here that at least we be allowed to enter

15  that his request is for minimum security.  It has happened in

16  other cases that the judge enters the minimum security request,

17  noted by the defendant.  The Bureau of Prisons doesn't have to

18  listen to us.  We understand that.

19         THE COURT:  Very well.  I will recommend that he be

20  held and detained at a minimum security facility.

21         MS. STEWART:  Thank you, Your Honor.

22         (Proceedings concluded at 2:23 p.m.)

23

24

25

1                        C E R T I F I C A T E

2

3          I, SHERRY LINDSAY, Official Court Reporter, certify

4     that the foregoing constitutes a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9

10                        Dated this 14th day of June, 2023.

11

12                        _____
                          Sherry Lindsay, RPR
13                        Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25