UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

Upon consideration of the motion to return passports and property, and for the reasons set forth by Mr. Goodwyn and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and:

**ORDERED** that the Clerk of this Court shall hold Mr. Goodwyn's passports for in-person pickup by his attorney Carolyn Stewart, or the clerk may coordinate for tracked delivery to Stewart Country Law PA upon confirmation of the delivery address; and

**ORDERED** that the Government shall advise its subordinate case agent that Mr. Goodwyn's personal property, including electronic devices, shall be returned to him within two weeks of the below dated signature, and without any requirement for Mr. Goodwyn to accept or acknowledge that Cellebrite extracts are a true reflection of any data on the devices.

**SO ORDERED** this ___ day of _____, 2023.

REGGIE B. WALTON
United States District Judge