UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Court requiring additional information before resolving the defendant's Motion for Return of Passports and Property, ECF No. 115, it is hereby

**ORDERED** that, on October 24, 2023, at 11:30 a.m., the parties shall appear before the Court for a motion hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 16th day of October, 2023.

_/s/ Reggie B. Walton_
REGGIE B. WALTON
United States District Court Judge