UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-153 (RBW) |
| DANIEL GOODWYN, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Court's oral rulings at the motion hearing held on October 24, 2023, it is hereby

**ORDERED** that the defendant's Motion for Return of Passports and Property, ECF No. 115, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**. The motion is **GRANTED** to the extent the defendant seeks the return of his passports from the Clerk of this Court. The motion is **HELD IN ABEYANCE** to the extent the defendant seeks the return of the personal property he listed at the hearing. It is further

**ORDERED** that the Clerk of this Court shall forthwith return the defendant his passports.

**SO ORDERED** this 25th day of October, 2023.

REGGIE B. WALTON
United States District Court Judge