## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On June 5, 2023, and June 6, 2023, a sentencing hearing was held, resulting in the Court sentencing the defendant, Daniel Goodwyn, to a sixty-day period incarceration with credit for time served, followed by a one year period of supervised release. See Minute ("Min.") Entry (June 6, 2023). As part of the defendant's conditions of release, the Court imposed a computer-monitoring condition, whereby the defendant was directed to "allow the probation officer [assigned to him] to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1))[.]"[1] Judgment in a Criminal Case as to Daniel Goodwyn ("Judgment") at 5, ECF No. 108.

On February 1, 2024, the District of Columbia Circuit issued an Order that vacated "the computer-monitoring condition [imposed by this Court] . . . [and] remanded [the case to this

---

[1] According to the Presentence Investigation Report ("PSR") that the Court adopted, on November 7, 2020, "[the defendant] posted ("tweeted") a picture on Twitter of the Proud Boys logo and stated, 'Stand back and stand by! Show up at your state Capitol at noon today local time. Await orders from our Commander in Chief. #StopTheSteal!StopTheSteal.US.'" PSR ¶ 23, ECF No. 99. Additionally, on December 28, 2020, "[the defendant] tweeted '#FightForTrump' and '#StopTheSteal' and linked a GiveSendGo account where he was soliciting donations to fund his travel to Washington, D.C. on January 6, 2021." Id. ¶ 23. The defendant then "attended the 'Stop the Steal' rally and then marched with other protestors to the Capitol[,]" id. ¶ 24, wherein he "utilized a bullhorn handed to him by a stranger to encourage others to enter the Capitol[,]" id. ¶ 26, among other actions he took before entering the Capitol, see id. ¶ 27. However, these factual allegations were not announced at the defendant's sentencing hearing and were not referenced on the Judgment and Commitment Order as the basis for the computer-monitoring condition.

Court] for further proceedings." Order No. 23-3106 (D.C. Cir. 2024). Accordingly, it is hereby

**ORDERED** that, on or before April 26, 2024, the defendant shall **SHOW CAUSE** as to why the computer-monitoring restriction should not be re-imposed considering the defendant's computer posting regarding January 6, 2021, and the conduct he admitted he engaged in that resulted in his guilty plea. It is further

**ORDERED** that, on or before May 10, 2024, the government shall file a response to the defendant's show cause filing indicating its position as to the computer-monitoring restriction. It is further

**ORDERED** that the parties shall appear before the Court for a status hearing on June 4, 2024, at 11:30 a.m., via videoconference.

**SO ORDERED** this 17th day of April, 2024.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge