Excessive Force Picture Exhibits



Overhead lethal force baton use against unarmed protestor



Officer B. W.  shoved Derrick Vargo off the wall at 2:02pm.



Without warning USCP shot peaceful Josh Black in the face at 1:07pm.



MPD shoved an elderly woman down stairs at 2;26 p.m.



MPD give a beat down to an unarmed man on the ground at 2:28 p.m.



Police spray a woman in the face who was non-threateningly looking down at her phone 2:28 pm



MPD Captain Bagshaw uses overhead lethal baton blows to beat unarmed Victoria White in the face and head at 4:11 pm - she was asking for help to exit



MPD Morris beats the unconscious, on the ground Rosanne Boyland with overhead lethal blows at ~4:30 pm