UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

To ensure the expeditious resolution of the Defendant's Emergency Motion for Stay of Computer Monitoring Pending Appeal, ECF No. 126, it is hereby

**ORDERED** that, on or before July 1, 2024, at 5:00 p.m., the government shall file a response to the defendant's motion.

**SO ORDERED** this 28th day of June, 2024.

_____
REGGIE B. WALTON
United States District Court Judge