UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00153 (RBW) |
| ) | |
| DANIEL GOODWYN, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S ERRATUM WITH AMENDED ECF NO. 129

Comes now the Defendant, Daniel Goodwyn by and through undersigned counsel, and submits a corrected version of the REPLY at ECF No. 129, with the following erratum applied that involved typographical errors largely in reference to the RESPONSE's docket identifier:

1. Pages 2, 3, 5, 6, 9, and 12 corrected ECF No. 127 with ECF No. 128.

2. Page 3 "Argument" in subsection header corrected to "Arguments."

Dated July 3, 2024                                                                 Respectfully submitted,
                                                                                   /s/ *Carolyn A. Stewart*

                                                                                   Carolyn A. Stewart, Bar No. FL-0098
                                                                                   Defense Attorney
                                                                                   Stewart Country Law PA
                                                                                   1204 Swilley Rd.
                                                                                   Plant City, FL 33567
                                                                                   Tel: (813) 659-5178
                                                                                   E: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 3rd day of July 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                                        /s/ Carolyn A. Stewart
                                                        Carolyn A. Stewart, Esq.