Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:21-cr-0153 (RBW)
)
Daniel Goodwyn )

## NOTICE OF APPEAL

Name and address of appellant:  Daniel Goodwyn
San Francisco, CA 94134

Name and address of appellant's attorney:  Carolyn Stewart
1204 Swilley Rd.
Plant City, FL 33567

Offense: 18 U.S.C. Section 1752(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

June 27, 2024 oral order reinstated computer monitoring after USCA Case #23-3106 ORDER; Document #2038504 Filed 02/01/2024 vacated the computer monitoring and searches. D.D.C. ECF No. 132 denied the emergency motion ECF 126 filed June 27th to stay (or alternatively revoke) the computer search/monitoring special condition of release.

Name and institution where now confined, if not on bail:

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

JULY 10, 2024
DATE

/s/ For Daniel Goodwyn   by attorney
APPELLANT

Carolyn Stewart
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [✔]

Does counsel wish to appear on appeal?               YES [✔]   NO [ ]
Has counsel ordered transcripts?                     YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]