# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-3093                      September Term, 2024

1:21-cr-00153-RBW-1

**Filed On:** October 28, 2024

United States of America,

       Appellee

    v.

Daniel Goodwyn,

       Appellant

**BEFORE:** Henderson, Pillard, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss and the opposition thereto, it is

**ORDERED** that the motion to dismiss be granted. Appellant seeks review of a condition of supervised release that required him to allow his probation officer to conduct searches of his computers. Because appellant's term of supervised release has now ended, there is no longer an actual, ongoing controversy for this court to resolve. See Trump v. Mazars USA, LLP, 39 F.4th 774, 785 (D.C. Cir. 2022). And appellant has not demonstrated that any exception to the mootness doctrine applies to this appeal. See Honeywell Int'l, Inc. v. Nuclear Regul. Comm'n, 628 F.3d 568, 576 (D.C. Cir. 2010) (party opposing mootness bears the burden of showing an exception applies).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                       BY:     /s/
                               Selena R. Gancasz
                               Deputy Clerk